```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
```

ROHAN D. DOUGLAS,

       Plaintiff,            Case No. 8:09-cv-2145-T-33TBM

v.

UNITED STATES OF AMERICA,

       Defendant.

_____/

**ORDER**

This cause is before the Court pursuant to United States' Unopposed Motion to Permit John O'Malley to Testify Via Videoconference and to Permit Use of Laptops and Cellphones During Trial (Doc. # 65), which was filed on June 17, 2011.

The Court notes that the use of computers and telephones in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla. However, this Court will allow Paul E. Werner, Esq. to bring into the Federal Courthouse one laptop, one Blackberry, and one cell phone and Marcus Meeks, Esq. to bring into the Federal Courthouse one Blackberry for the trial scheduled for **June 27, 2011**.

It should be noted that taking pictures inside the Courthouse with camera telephones is forbidden. Counsel shall place the cellular telephone on vibrate, and restrain the use of the cellular telephone to the exterior of the Courthouse. Further, any cellular telephone, computer, and all other

technological equipment are subject to inspection at any time by the Court Security Officers and United States Marshals. Counsel may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

(1) United States' Unopposed Motion to Permit John O'Malley to Testify Via Videoconference and to Permit Use of Laptops and Cellphones During Trial (Doc. # 65) is **DENIED AS MOOT** as to the video conference testimony and **GRANTED** as to the use of laptops and cell phones during trial consistent with the foregoing restrictions and guidelines.

(2) Paul E. Werner, Esq. and Marcus Meeks, Esq. are permitted to bring into the Federal Courthouse the aforementioned equipment on **June 27, 2011**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 24th day of June, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record