```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

ROHAN D. DOUGLAS,

        Plaintiff,          Case No. 8:09-cv-2145-T-33TBM

v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

**ORDER**

This cause is before the Court pursuant to Plaintiff's Motion to Permit Use of Laptops and Cell Phones (Doc. # 66), which was filed on June 20, 2011.

The Court notes that the use of computers and telephones in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla. However, this Court will allow Matthew L. Wilson, Esq. to bring into the Federal Courthouse one cell phone for the trial scheduled for **June 27, 2011**.

It should be noted that taking pictures inside the Courthouse with camera telephones is forbidden. Counsel shall place the cellular telephone on vibrate, and restrain the use of the cellular telephone to the exterior of the Courthouse. Further, any cellular telephone, computer, and all other technological equipment are subject to inspection at any time by the Court Security Officers and United States Marshals. Counsel may be called upon to present a copy of this Order to

Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

(1) Plaintiff's Motion to Permit Use of Laptops and Cell Phones (Doc. # 66) is **GRANTED** consistent with the foregoing restrictions and guidelines.

(2) Matthew L. Wilson, Esq. is permitted to bring into the Federal Courthouse the aforementioned equipment on **June 27, 2011**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 24th day of June, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record