*AO 450 (Rev. 5/85) Judgment in a Civil Case*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JUDGMENT IN A CIVIL CASE**

ROHAN D. DOUGLAS,
       Plaintiff

VS.                                      CASE NUMBER: 8:09-CIV-2145-T-33TBM

UNITED STATES OF AMERICA,
       Defendant.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and heard and a decision has been rendered by the Court.

The Court awards the Plaintiff, Rohan Douglas non-economic damages for 316 days of incarceration at a rate of $137 per day, for a total of $43,292.00 and an additional 184 days of being on electronic monitoring at a rate of $137 per day for a total of $25,208.

Total amount of damages to be paid to the Plaintiff, Rohan D. Douglas is $68,500. The Court does not award damages for the Ford F-150 truck nor the tools. The Clerk is instructed to close this case.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Rohan D. Douglas in the amount $68,500.

**June 28, 2011**

                                              **SHERYL L. LOESCH, CLERK**

                                              BY   *Leida Santiago*
                                                    **Leida Santiago**
                                          **Courtroom Deputy for the Honorable**
                                          **VIRGINIA M. HERNANDEZ COVINGTON**