# INVOICE

## Veritext Florida Reporting Co.
### A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

Bill To: Mattew L. Wilson
Williams Schifino Mangione & Steady PA
201 North Franklin Street
Suite 3200
Tampa, FL 33602

| | |
|---|---|
| Invoice #: | FL 186871 |
| Invoice Date: | 02/02/2011 |
| Balance Due: | $ 400.00 |

Case: Douglas, Rohan v. United States of America
Job #: 195217  |  Job Date: 1/12/2011  |  Delivery:  Normal
Billing Atty: Mattew L. Wilson
Location: Veritext - Miami
19 West Flagler Street | Suite 1020 | Miami, FL 33130
Sched Atty: Mattew L. Wilson
Deposing Atty: Mattew L. Wilson

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Eduardo Roman | Worldwide Videoconferencing | Per hour | 1.00 | $200.00 |
| 2 | John O'Malley | Worldwide Videoconferencing | Per hour | 1.00 | $200.00 |

RECEIVED

FEB 1 1 2011

Notes: Miami Videoconference Room Rental

| | |
|---|---|
| Invoice Total: | $400.00 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $400.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:     Veritext  Florida Reporting Co.,
Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____     Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON THE CARD)

_____
DAYTIME PHONE

| | |
|---|---|
| Invoice #: | FL186871 |
| Job #: | 195217 |
| Invoice Date: | 02/02/2011 |
| Balance : | $ 400.00 |

Remit payment to:
Veritext  Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

# INVOICE

## Veritext Florida Reporting Co.
## A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

**Bill To:** Mattew L. Wilson
Williams Schifino Mangione & Steady PA
201 North Franklin Street
Suite 3200
Tampa, FL 33602

| | |
|---|---|
| **Invoice #:** | FL 187025 |
| **Invoice Date:** | 02/04/2011 |
| **Balance Due:** | $ 642.00 |

**Case:** Douglas, Rohan v. United States of America
**Job #:** 195217 | Job Date: 1/12/2011 | Delivery: Normal

**Location:** Veritext - Miami
19 West Flagler Street | Suite 1020 | Miami, FL 33130
**Sched Atty:** Mattew L. Wilson

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance Fee (appearance) | 1 | 1.00 | $90.00 |
| 2 | | Additional hours | Hour | 3.50 | $161.00 |
| 3 | Eduardo Roman | Certified Transcript | Page | 41.00 | $133.25 |
| 4 | John O'Malley | Certified Transcript | Page | 47.00 | $152.75 |
| 5 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 6 | | Exhibits Scanned & OCRED | Per page | 44.00 | $37.40 |
| 7 | | Shipping & handling | Package | 1.00 | $28.60 |

RECEIVED
FEB 10 2011

**Notes:** 930am to 145pm

| | | |
|---|---|---|
| **Invoice Total:** | | $642.00 |
| **Payment** | | |
| **Credits:** | | |
| Fed. Tax ID: 20-3182569 | Term: Net 30 | |
| **Interest:** | | $0.00 |
| **Balance Due:** | | $642.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:    Veritext Florida Reporting Co.,

Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____ Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON THE CARD)

_____
DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | FL187025 |
| **Job #:** | 195217 |
| **Invoice Date:** | 02/04/2011 |
| **Balance:** | $ 642.00 |

Remit payment to:
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

| Bill To |
| --- |
| Williams, Schifino, Mangione & Steady |
| 201 N. Franklin Street |
| Suite 3200 |
| Tampa, FL 33602 |
| Attention: Matthew L. Wilson, Esquire |

# Invoice

| Date | Invoice # |
| --- | --- |
| 2/4/2011 | 77564 |

| Assignment Date | Terms | Due Date | Rep |
| --- | --- | --- | --- |
| 1/12/2011 | Net 30 | 3/6/2011 | mm |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1 | Rohan D. Douglas vs. United States of America<br>Deposition of John O'Malley - Via Videoconference<br>Videoconference Service - Tampa Site | 100.00 | 100.00 |

RECEIVED
FEB 07 2011

| | Total | $100.00 |
| --- | --- | --- |
| | **Balance Due** | $100.00 |

WE ACCEPT VISA, MASTERCARD, AND AMEX

Tax ID# 59-2469890

**We Appreciate your business.**

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

## Invoice

| Bill To |
| --- |
| Williams, Schifino, Mangione & Steady |
| 201 N. Franklin Street |
| Suite 3200 |
| Tampa, FL 33602 |
| Attention:  Matthew L. Wilson, Esquire |

| Date | Invoice # |
| --- | --- |
| 2/4/2011 | 77563 |

| Assignment Date | Terms | Due Date | Rep |
| --- | --- | --- | --- |
| 1/12/2011 | Net 30 | 3/6/2011 | mm |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1 | Rohan D. Douglas   vs.  United States of America<br>Deposition of Eduardo Roman - Via Videoconference<br>Videoconference Service - Tampa Site | 100.00 | 100.00 |

RECEIVED
FEB 0 7 2011

| | | |
| --- | --- | --- |
| | **Total** | $100.00 |
| WE ACCEPT VISA, MASTERCARD, AND AMEX | **Balance Due** | $100.00 |

Tax ID# 59-2469890

We Appreciate your business.

**BARTELT & KENYON**
111 West Monroe Street, Suite 425
Phoenix, AZ  85003
(602) 254-4111 or (888) 809-0103
E-mail Address:  bartelt@qwestoffice.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/2011 | **2011-122** |

| Bill To |
|---------|
| WILSON SCHIFINO MANGIONE & STEADY, PA<br>MATTHEW L. WILSON, ESQ.<br>ONE TAMPA CITY CENTER<br>SUITE 3200<br>TAMPA, FLORIDA 33601-0380 |

| REP |
|-----|
| VC |

| Description | Amount |
|-------------|--------|
| DOUGLAS vs. UNITED STATES OF AMERICA<br>8:09CV2145-T33 TBM<br>1-19-11<br>VIDEO CONFERENCE Deposition(s) Of:  CARLOS TOLENTINO<br><br><br>1 HOUR  VIDEO CONFERENCING<br><br>INVOICE DUE & PAYABLE UPON RECEIPT<br>FEDERAL TAX ID No. 86-0664339<br><br>PLEASE INCLUDE INVOICE NUMBER ON ALL CORRESPONDENCE | 175.00 |

| | |
|---|---|
| **Total** | $175.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $175.00 |

# *BARTELT & KENYON*

111 West Monroe Street, Suite 425
Phoenix, AZ 85003
(602) 254-4111 or (888) 809-0103
E-mail Address: bartelt@qwestoffice.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/2011 | **2011-123** |

| Bill To |
|---------|
| WILLIAMS SCHIFINO MANGIONE & STEADY, PA<br>MATTHEW L. WILSON, ESQ.<br>ONE TAMPA CITY CENTER<br>SUITE 3200<br>TAMPA, FLORIDA 33601-0380 |

|  | REP |
|--|-----|
|  | DJB |

| *Description* | *Amount* |
|---------------|----------|
| DOUGLAS vs. UNITED STATES OF AMERICA ~~taken 1/18/11~~<br>8:09CV2145-T33 TBM<br>Deposition(s) Of: CARLOS TOLENTINO  40 PAGES | |
| | |
| Reporting Services | 40.00 |
| Original and One Copy | 158.00 |
| Exhibits | 16.80 |
| E-Transcript Copy | 20.00 |
| Processing Fee | 20.00 |
| UPS 2nd Day Air/COD | 29.00 |
| | |
| INVOICE DUE & PAYABLE UPON RECEIPT | |
| FEDERAL TAX ID No. 86-0664339 | |
| | |
| PLEASE INCLUDE INVOICE NUMBER ON ALL CORRESPONDENCE | |

| | |
|--|--|
| **Total** | $283.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $283.80 |

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

| Bill To |
| --- |
| Williams, Schifino, Mangione & Steady<br>201 N. Franklin Street<br>Suite 3200<br>Tampa, FL 33602<br>Attention:  Matthew L. Wilson, Esquire |

# Invoice

| Date | Invoice # |
| --- | --- |
| 1/20/2011 | 77242 |

| Assignment Date | Terms | Due Date | Rep |
| --- | --- | --- | --- |
| 1/19/2011 | Net 30 | 2/19/2011 | mm |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1 | Rohan D. Douglas  vs.  USA<br>Deposition of Carlos Tolentino – Via Videoconference<br>Videoconference Service | 100.00 | 100.00 |

RECEIVED
JAN 2 1 2011

| | Total | $100.00 |
| --- | --- | --- |
| | **Balance Due** | $100.00 |

WE ACCEPT VISA, MASTERCARD, AND AMEX

Tax ID# 59-2469890

**We Appreciate your business.**

# Hanson/Renaissance
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com

Job #: 110104CC
Job Date: 01/04/201.
Order Date: 01/04/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #:      366872
Inv.Date:     01/12/2011
Balance:      $262.30

**Bill To:**
Matthew L. Wilson, ESQ
Williams Schifino Mangione & Steady, P.A.
201 North Franklin Street
One Tampa City Center
Suite 3200
Tampa, FL 33601-0380

Action:  **Douglas, Rohan**
                        vs
               **United States of America**
Action #:  **8:09cv2145-T33 T**
Rep:  **CC**
Cert:  **0092, RPR**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Burt Wehying | Original & One Condensed Copy | Pages | 53 | $3.35 | $0.00 | $177.55 |
| 2 | | Attendance- | Hour | 1.00 | $50.00 | $0.00 | $50.00 |
| 3 | | ASCII Diskette | Disk | 1.00 | $10.00 | $0.00 | $10.00 |
| 4 | | Exhibit(s) | Pages | 19 | $0.25 | $0.00 | $4.75 |
| 5 | | Shipping & Handling | 1 | 1.00 | $20.00 | $0.00 | $20.00 |

**Comments:**

Thank You.Detroit Videoconferencing.Visa/MasterCard Accepted

RECEIVED
JAN 18 2011

| | |
|---|---|
| Sub Total | $262.30 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $262.30 |
| Payment | $0.00 |
| **Balance Due** | $262.30 |

Federal Tax I.D.: 38-2436945       Terms:  After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Matthew L. Wilson, ESQ
Williams Schifino Mangione & Steady, P.A.
201 North Franklin Street
One Tampa City Center
Suite 3200
Tampa, FL 33601-0380

**Deliver To:**
Matthew L. Wilson, ESQ
Williams Schifino Mangione & Steady, P.A.
201 North Franklin Street
One Tampa City Center
Suite 3200
Tampa, FL 33601-0380

Invoice #:  366872
Inv.Date:  01/12/2011
Balance:  $262.30
Job #:  110104CC
Job Date:  01/04/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

## Hanson/Renaissance
### Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com





# RIESDORPH
## REPORTING GROUP, INC.

A FULL-SERVICE COURT REPORTING AND LITIGATION SUPPORT FIRM

| BILL TO |
|---|
| Williams, Schifino, et al.<br>201 N. Franklin Street<br>Suite 3200<br>Tampa, Florida 33602<br>Attn: Matthew Wilson, Esquire |

| DATE | INVOICE # |
|---|---|
| 1/18/2011 | 83878 |

| RE: | Douglas vs. USA |
|---|---|
| DATE TAKEN: | 12/21/10 |

| REPORTER | TAX ID # |
|---|---|
| Vickie Hamer | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Depositions of Don Chism and Jeffrey Fattibene<br>Attendance | 125.00 |
| Original Transcripts (57 pages total) | 256.50 |
| Condensed Transcript with Index | 0.00 |
| ASCII CD | 0.00 |
| | |
| Please return copy of Invoice with payment | |
| We accept Visa, Master Card and American Express | |

RECEIVED
JAN 1 8 2011

| Thank you for using Riesdorph Reporting Group, Inc. | **Total** | $381.50 |
|---|---|---|

# *Michael Musetta & Associates, Inc.*

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

| Bill To |
| --- |
| Williams, Schifino, Mangione & Steady<br>201 N. Franklin Street<br>Suite 3200<br>Tampa, FL 33602<br>Attention: Matthew L. Wilson, Esquire |

# Invoice

| Date | Invoice # |
| --- | --- |
| 1/5/2011 | 76929 |

| Assignment Date | Terms | Due Date | Rep |
| --- | --- | --- | --- |
| 1/4/2011 | Net 30 | 2/4/2011 | mm |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1.5 | Rojan Douglas vs. USA<br>Deposition of Burt Wehying - Via Videoconference<br>Videoconference Service | 100.00 | 150.00 |

RECEIVED

JAN 0 6 2011

| | Total | $150.00 |
| --- | --- | --- |
| | **Balance Due** | $150.00 |

WE ACCEPT VISA, MASTERCARD, AND AMEX

Tax ID# 59-2469890

We Appreciate your business.

# JANICE L. JOHNSTON

Registered Merit Reporter
902 Eagle Lane
Apollo Beach, Florida 33572
Tel: (813) 690-4831 Fax: (813) 641-0326

## Invoice

| BILL TO |
| --- |
| Matthew L. Wilson, Esquire<br>Williams, Schifino, Mangione & Steady<br>One Tampa City Center, Suite 3200<br>201 North Franklin Street<br>Tampa, FL 33602 |

| | |
| --- | --- |
| DATE | 1/7/2011 |
| INVOICE # | 3387 |
| Contract # | |
| Tax ID | 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 |

| RE: | Rohan D. Douglas vs. USA<br>USDC - Middle District (Tampa Division) |
| --- | --- |

| Case Number: | 8:09-cv-2145-VMC-TBM | Taken on: | 12/23/2010 |
| --- | --- | --- | --- |

| DESCRIPTION | PAGES | RATE | AMOUNT |
| --- | --- | --- | --- |
| Copy of Transcript<br>Deposition of Rohan Delano Douglas | 307 | 2.85 | 874.95 |
| Black & White Exhibits, Copies per page | 38 | 0.35 | 13.30 |
| Color Exhibits, Copies per page | 4 | 1.00 | 4.00 |
| Transcript, Condensed with Word Index (N/C) | | 0.00 | 0.00 |

RECEIVED
JAN 1 0 2011

| Please return copy of Invoice with payment.<br>Thank You! | **Total** | $892.25 |
| --- | --- | --- |

# INVOICE

## Veritext Florida Reporting Co.
### A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

**Bill To:** Mattew L. Wilson
Williams Schifino Mangione & Steady PA
201 North Franklin Street
Suite 3200
Tampa, FL 33602

| | |
|---|---|
| **Invoice #:** | FL 183932 |
| **Invoice Date:** | 12/29/2010 |
| **Balance Due:** | $ 811.65 |

| | |
|---|---|
| **Case:** | Douglas, Rohan D. v. United States of America |
| **Job #:** | 193889 | Job Date: 12/14/2010 | Delivery: Normal |
| **Billing Atty:** | Mattew L. Wilson |
| **Location:** | Veritext - Miami |
| | 19 West Flagler Street | Suite 1020 | Miami, FL 33130 |
| **Deposing Atty:** | Paul Werner |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance Fee (appearance) | 1 | 1.00 | $90.00 |
| 2 | | Additional hours | Hour | 1.50 | $69.00 |
| 3 | Charles Parra | Transcript - Original & 1 copy | Page | 79.00 | $351.55 |
| 4 | Meryl Finnerty | Transcript - Original & 1 copy | Page | 45.00 | $200.25 |
| 5 | | Exhibits Scanned & OCR'ED | Per page | 49.00 | $41.65 |
| 6 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 7 | | Shipping & handling | Package | 1.00 | $20.20 |

**Notes:**

RECEIVED
JAN 0 6 2011

| | |
|---|---|
| **Invoice Total:** | $811.65 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $811.65 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 30 days.

---

**Please tear off stub and return with payment.**

Make check payable to:     Veritext Florida Reporting Co.
Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____     Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON THE CARD)

_____
DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | FL183932 |
| **Job #:** | 193889 |
| **Invoice Date:** | 12/29/2010 |
| **Balance:** | $ 811.65 |

Remit payment to:
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

**Bill To**

Williams, Schifino, Mangione & Steady
201 N. Franklin Street
Suite 3200
Tampa, FL 33602
Attention: Matthew L. Wilson, Esquire

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/5/2011 | 76928 |

| Assignment Date | Terms | Due Date | Rep |
|-----------------|-------|----------|-----|
| 12/14/2010 | Net 30 | 2/4/2011 | mm |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Rojan Douglas vs. USA | | |
| | Scheduled Depositions In Re The Abocve Styled Cause - Via | | |
| | Videoconference | | |
| | 9:30 - 11:15am and 1:00 - 1:50pm | | |
| 3 | Videoconference Service - Miami – *Verutext* | 150.00 | 450.00 |
| 2.75 | Videoconference Service - Tampa – *Musetta* | 100.00 | 275.00 |

*Charles Parra's depo*
*Marye Tinberly's depo*

*RECEIVED*
*JAN 0 6 2011*

| Total | $725.00 |
|-------|---------|
| **Balance Due** | $725.00 |

WE ACCEPT VISA, MASTERCARD, AND AMEX

Tax ID# 59-2469890

**We Appreciate your business.**



# RIESDORPH
## REPORTING GROUP, INC.

A FULL-SERVICE COURT REPORTING AND LITIGATION SUPPORT FIRM

| BILL TO |
|---|
| Williams, Schifino, et al.<br>201 N. Franklin Street<br>Suite 3200<br>Tampa, Florida 33602<br>Attn: Matthew Wilson, Esquire |

| DATE | INVOICE # |
|---|---|
| 10/14/2010 | 80410 |

| RE: | Douglas vs. USA |
|---|---|
| DATE TAKEN: | 9/16/2010 |

| REPORTER | TAX ID # |
|---|---|
| Cathy Ferrell | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Edly Vliet | |
| Attendance | 152.50 |
| Original Transcript (85 pages) | 382.50 |
| Condensed Transcript with Index | 0.00 |
| ASCII CD | 0.00 |
| | |
| Please return copy of Invoice with payment | |
| We accept Visa, Master Card and American Express | |

RECEIVED
OCT 15 2010

| Thank you for using Riesdorph Reporting Group, Inc. | **Total** | $535.00 |
|---|---|---|

201 E. Kennedy Blvd. • Suite 712 • Tampa, Florida 33602
Tel: 813-222-8963 • Fax: 813-222-8964 • Toll Free: 866-258-8963 • www.rrgtampa.com

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

| Bill To |
| --- |
| Williams, Schifino, Mangione & Steady |
| 201 N. Franklin Street |
| Suite 3200 |
| Tampa, FL 33602 |
| Attention: Matthew L. Wilson, Esquire |

# Invoice

| Date | Invoice # |
| --- | --- |
| 8/18/2010 | 73685 |

| Assignment Date | Terms | Due Date | Rep |
| --- | --- | --- | --- |
| 8/18/2010 | Net 30 | 9/17/2010 | mm |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1.75 | Rohan D. Douglas vs. United States of America<br>Deposition of Larisene Douglas Weiner - By Videoconference<br>Videoconference Service | 100.00 | 175.00 |

RECEIVED

AUG 19 2010

| | |
| --- | --- |
| **Total** | $175.00 |
| **Balance Due** | $175.00 |

WE ACCEPT VISA, MASTERCARD, AND AMEX

Tax ID# 59-2469890

We Appreciate your business.

# INVOICE

Legal Services, Inc.,
3809 Hanover Hill Drive
Valrico, Florida 33596
Phone: (813) 629-1569
Fax: (813) 381-4309
Federal ID # 59-3694030

Invoice No.: 2009-1782
Date:        10/26/09


**DUE UPON RECEIPT**

**Matt Wilson Esquire**
**Williams, Schifino, Mangione & Steady, PA**
**201 N. Franklin Street, Suite 3200**
**Tampa, Florida  33602**

---

**Case Style:  Rohan Douglas vs. United States of America, et al**

---

| County | Item | Quantity | Price | Total |
|--------|------|----------|-------|-------|
| Hillsborough | United States Attorney | 1 | $30.00 | $30.00 |
| Hillsborough | Rush Fee | 1 | $30.00 | $30.00 |

---

**Balance Due:**                                                   **$ 60.00**

### Thank you for your business!

CK#
37102

RECEIPT FOR PAYMENT
DISTRICT COURT OF MIDDLE
FLORIDA
TAMPA DIVISION
WWW.FLMD.USCOURTS.GOV

                                    T052352
----------------------------------------------
RECEIVED FROM:
WILLIAM3 SCHIFINO
----------------------------------------------

Case Number: 8:09CV02145


F/U/3/O:
Party ID:

Tender Type:          CHECK
18-086400             $100.00
Civil Filing-086400

Remarks:
18-086900             $60.00
Civil Filing-086900

Remarks:
18-510000             $190.00
Civil Filing-510000

Remarks:
----------------------------------------------
    Subtotal:         $350.00
----------------------------------------------

Receipt Total:        $350.00
==============================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

    Date:    10/21/09
    Clerk:--------------------------
             EV

010184    050219    DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

## Cost & Expenses

| Date / Record # | ID / Code | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| 02/01/2009 682509 | FIRM CALRRS | West Payment Center- Legal Research Fee- {40253} | $56.57 $56.57 |
| 02/05/2009 681646 | FIRM CA | FedEx- Client Cost Advance- Overnight to Dept of Homeland Security, Principal Legal Advise 01/30 {40125} | $22.15 $22.15 |
| 02/05/2009 681648 | FIRM CA | FedEx- Client Cost Advance- Overnight to Dept of Homeland Security, Washington DC 01/30 {40125} | $22.15 $22.15 |
| 09/01/2009 716731 | FIRM CALRRS | West Payment Center- Legal Research Fee- Legal Research during August, 2009 {42608} | $27.97 $27.97 |
| 10/01/2009 722843 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research for September, 2009 {43066} | $101.26 $101.26 |
| 10/05/2009 724383 | FIRM CA | Pacer Service Center- Client Cost Advance- Public Access to Court Electronic Records (04/01/09 - 09/30/09) {43297} | $10.24 $10.24 |
| 10/20/2009 721158 | MLW CACFF | Clerk, U.S. District Court- Court Filing Fees- Fee for filing the complaint with Federal Court {43174} | $350.00 $350.00 |
| 11/01/2009 728527 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research from 10/01/09 - 10/31/09 {43572} | $268.70 $268.70 |
| 11/02/2009 724612 | MLW CASVCI | Legal Services, Inc.- Service of Process- For service of process on U.S. Attorney. {43329} | $60.00 $60.00 |
| 01/06/2010 739314 | MLW CA | Pacer Service Center- Client Cost Advance- For research in Middle District Court. {44790} | $3.04 $3.04 |
| 03/01/2010 749059 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 02/01/10 - 02/28/10 {45555} | $687.18 $687.18 |
| 04/01/2010 754869 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 03/01/10 - 03/31/10 {45973} | $68.65 $68.65 |
| 04/07/2010 755415 | MLW CA | Pacer Service Center- Client Cost Advance- Public Access to Court Electronic Records from 01/01/10 - 03/31/10 {46206} | $4.08 $4.08 |
| 05/01/2010 759888 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 04/01/10 - 04/30/10 {46405} | $21.64 $21.64 |
| 07/01/2010 768377 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research (06/01/10 - 06/30/10) {47207} | $133.29 $133.29 |
| 07/07/2010 769479 | MLW CARECI | Pacer Service Center- Records Fee- For public access of court electronic records (04/01/10 - 06/30/10) {47488} | $11.84 $11.84 |
| 08/01/2010 775120 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research from 07/01/10 - 07/31/10 {47669} | $48.87 $48.87 |
| 08/18/2010 | MLW | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For videoconference | $175.00 |

010184    050219    DOUGLAS, ROHAN D.

Matter Name:  Homeland Security Insurance

## Cost & Expenses

| Date / Record # | ID / Code | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| | | deposition of Larisene Douglas Weiner on 8/18/10. {47840} | |
| 773657 | CADEP( | | $175.00 |
| 09/01/2010 779342 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 08/01/10 - 08/31/10 {48119} | $442.61 $442.61 |
| 09/02/2010 776589 | MLW CAMED | Peter J. Grilli, P.A.- Mediator Fee(s)- For mediation held 9/2/10. {48083} | $660.00 $660.00 |
| 09/16/2010 778294 | MLW CAMILE | Matthew L. Wilson- Mileage Reimbursement- R/T (169.58 miles) to Orlando, FL for the deposition of Edly Vilet (Immigration Srvcs Officer) on {48245} | $84.79 $84.79 |
| 09/16/2010 784992 | MLW CADEP( | Riesdorph Reporting Group, Inc.- Deposition Transcripts/Charges- For deposition of Edly Vliet taken 9/16/10. {48831} | $535.00 $535.00 |
| 10/01/2010 782302 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 09/01/10 - 09/30/10 {48509} | $40.96 $40.96 |
| 10/05/2010 784768 | MLW CARECI | Pacer Service Center- Records Fee- For public access of court electronic records from 07/01/10 - 09/30/10 {48796} | $2.72 $2.72 |
| 12/01/2010 793942 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 11/01/10 - 11/30/10 {49408} | $144.20 $144.20 |
| 12/10/2010 794185 | MLW CAFDX | FedEx- FEDEX Charges- Attn: Marilyn @ Veritext Florida Reporting {49686} | $20.80 $20.80 |
| 12/14/2010 797596 | MLW CADEP( | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- videoconference services provided for Charles Parra & Meryl Finnerty depos {50012} | $725.00 $725.00 |
| 12/14/2010 797597 | MLW CADEP( | Veritext Florida Reporting Co.- Deposition Transcripts/Charges- court reporter service for Charles Parra & Meryl Finnerty depositions on 12/14/10 {50013} | $811.65 $811.65 |
| 12/21/2010 798682 | MLW CADEP( | Riesdorph Reporting Group, Inc.- Deposition Transcripts/Charges- For depositions of Don Chism and Jeffrey Fattibene on 12/21/10 {50128} | $381.50 $381.50 |
| 12/23/2010 797599 | MLW CADEP( | Janice L. Johnston- Deposition Transcripts/Charges- For deposition of Rohan Douglas taken 12/23/10 {50016} | $892.25 $892.25 |
| 12/30/2010 766033 | FIRM EX12 | Long Distance Cost | $58.73 $58.73 |
| 12/30/2010 798116 | MLW CAFDX | FedEx- FEDEX Charges- Ms. Christina Cox {50087} | $23.62 $23.62 |
| 12/31/2010 798736 | MLW CA | Pacer Service Center- Client Cost Advance- For research in the above case from 10/01/10 - 12/31/10 {50175} | $5.20 $5.20 |
| 01/01/2011 799934 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 12/01/10 - 12/31/10 {50100} | $454.17 $454.17 |
| 01/04/2011 | MLW | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For deposition of Burt | $150.00 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

## Cost & Expenses

| Date Record # | ID Code | Description | Orig Amt Bill Amt |
|---|---|---|---|
| | | Wehying on 1/4/11 {50017} | |
| 797600 | CADEP( | | $150.00 |
| 01/04/2011 798683 | MLW CADEP( | Hanson/Renaissance Reporters & Video- Deposition Transcripts/Charges- For deposition of Burt Wehying on 1/4/11 {50129} | $262.30 $262.30 |
| 01/10/2011 799118 | MLW CAFDX | FedEx- FEDEX Charges- Veritext Florida Reporting Attention: Daylin {50192} | $21.56 $21.56 |
| 01/12/2011 802446 | MLW CADEP( | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For deposition of John O'Malley on 1/12/11. {50522} | $100.00 $100.00 |
| 01/12/2011 802447 | MLW CADEP( | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For deposition of Eduardo Roman on 1/12/11. {50523} | $100.00 $100.00 |
| 01/12/2011 802785 | MLW CADEP( | Veritext Florida Reporting Co.- Deposition Transcripts/Charges- For the depositions of Eduardo Roman and John O'Malley taken January 12, 2011. {50552} | $642.00 $642.00 |
| 01/12/2011 804884 | MLW CADEP( | Veritext Florida Reporting Co.- Deposition Transcripts/Charges- Miami videoconference room rental for depos of Eduardo Roman & John O'Mallley {50730} | $400.00 $400.00 |
| 01/14/2011 799124 | MLW CAFDX | FedEx- FEDEX Charges- Bartelt & Kenyon Court Reporting Attention: Kim {50192} | $33.72 $33.72 |
| 01/19/2011 801211 | MLW CADEP( | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For the deposition of Carlos Tolentino on 1/19/11. {50407} | $100.00 $100.00 |
| 02/01/2011 800247 | MLW CADEP( | Bartelt & Kenyon- Deposition Transcripts/Charges- PREPAY - for videoconference deposition of Carlos Tolentino on 1/19/11 (Invoice No. {50317} | $175.00 $175.00 |
| 02/01/2011 800248 | MLW CADEP( | Bartelt & Kenyon- Deposition Transcripts/Charges- PREPAY - for deposition transcript of Carlos Tolentino taken 1/19/11 (Invoice No. {50318} | $283.80 $283.80 |
| 02/01/2011 803472 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 01/01/11 - 01/31/11 {50482} | $45.30 $45.30 |
| 02/25/2011 751436 | FIRM EX2 | Long Distance Cost | $91.38 $91.38 |
| 03/01/2011 809816 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 02/01/11 - 02/28/11 {51088} | $673.76 $673.76 |
| 03/03/2011 757552 | FIRM EX3 | Postage Use | $32.14 $32.14 |
| 03/08/2011 758588 | FIRM EX1 | FAX Charges (280 @ $1.00) | $280.00 $280.00 |
| 03/11/2011 757486 | FIRM EX5 | Photocopies (3063 @ $0.25) | $765.75 $765.75 |
| 03/31/2011 | MLW | Pacer Service Center- Records Fee- Pacer: for public access of court electronic records | $7.76 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

## Cost & Expenses

| Date / Record # | ID / Code | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| 812732 | CARECI | from 01/01/11 - 03/31/11 {51615} | $7.76 |
| 04/01/2011 814948 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 03/01/11 - 03/31/11 {51617} | $163.67 $163.67 |

|  | Orig Amt | Bill Amt |
|---|---|---|
| Total Selected Cost & Expenses | $11,683.97 | $11,683.97 |
| Total Deferred Cost & Expenses | $0.00 | $0.00 |
| **Total Cost & Expenses** | **$11,683.97** | **$11,683.97** |

## Retainer and Trust Activity

| Date / Record # | ID | Description | Orig Amt / Bill Amt |
|---|---|---|---|
| 02/11/2011 802085 | FIRM | Trust Deposit - Refund for Service Failure on 01/18/11. | $33.72 $33.72 |

## History

| | | | | |
|---|---|---|---|---|
| Current | $0.00 | Last Billing of Matter | | |
| 31-60 | $0.00 | Last Payment Received/Transferred | | |
| 61-90 | $0.00 | Payment Amount | $0.00 | |
| 91-120 | $0.00 | Fees Billed/Paid to Date | $0.00 | $0.00 |
| 121+ | $0.00 | Cost & Expenses Billed/Paid to Date | $0.00 | $0.00 |
| A/R Balance | $0.00 | Credit & WO Fees/Expenses | $0.00 | $0.00 |

## Invoice Totals

| | Orig Amt | Bill Amt |
|---|---|---|
| Balance Forward | $0.00 | $0.00 |
| Selected Fees | $106,645.00 | $106,645.00 |
| Selected Cost & Expenses | $11,683.97 | $11,683.97 |
| Selected Interest | $0.00 | $0.00 |
| **Selected Totals** | **$118,328.97** | **$118,328.97** |
| Less Payment & Credits | $0.00 | $0.00 |
| **Invoice Total** | **$118,328.97** | **$118,328.97** |

| | | | |
|---|---|---|---|
| Retainer Balance | $0.00 | Retainer Amount to Apply | _____ |
| Trust Balance | $33.72 | Trust Amount to Apply | _____ |
| | | Total Due After Application | _____ |

010184    050219    DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

## Timekeeper Recap

| ID | Name | Orig Hours | Original Amount | Billed Hours | Billed Rate | Billed Amount | % of Total | Real- ization | Notes |
|----|------|-----------|-----------------|--------------|-------------|---------------|-----------|---------------|-------|
| MEM | Martha E. McNamee | 0.40 | $56.00 | 0.40 | $140.00 | $56.00 | 0.1 % | 100.0 % | _____ |
| MBT | Mary B. Thomas | 0.10 | $21.50 | 0.10 | $215.00 | $21.50 | 0.0 % | 100.0 % | _____ |
| MLW | Matt L. Wilson | 73.50 | $20,212.50 | 73.50 | $275.00 | $20,212.50 | 19.0 % | 100.0 % | _____ |
| MLW | Matt L. Wilson | 76.80 | $17,280.00 | 76.80 | $225.00 | $17,280.00 | 16.2 % | 100.0 % | _____ |
| MLW | Matt L. Wilson | 276.30 | $69,075.00 | 276.30 | $250.00 | $69,075.00 | 64.8 % | 100.0 % | _____ |

**100.0 %**