| Action |
| --- |
| Bill _____ Hold _____ W/U/D____ W/O____ |
| Apply Retainer Trust _____REDO____ |
| Show to _____ |
| Close Matter_____AddAttached_____ |

010184    050219    DOUGLAS, ROHAN D.

Rohan D. Douglas
8721 Fish Lake Road
Tampa, FL 33619
ATTN:Mr. Rohan D. Douglas

Matter Name:  Homeland Security Insurance                    **Trust Balance:**        **$33.72**

Responsible:  Matt L. Wilson                    Fees from - through:                    - 06/29/2011
Originating:  Matt L. Wilson        Other Accounting from - through:                    - 06/29/2011
Fee Arrangement:  Contingency                    Type of Law: CONT
Matter Opened on:  01/27/2009                    Quoted Price: $0.00
Invoice Style:  W1 - Williams- Everything (discount) - with prev balance        Default Rate: 99
Billing Notes:
Matter Description:  Federal Torts Claim Act (false imprisonment, negligence)

## Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
| --- | --- | --- | --- | --- | --- |
| 01/27/2009 614590 | MLW | Research and preparation of lengthy demand letter to the Department of Homeland Security. | 6.0 6.0 | $225.00 | $1,350.00 $1,350.00 |
| | | | | | *Edited* |
| 01/28/2009 615266 | MLW | Continued work on demand letter to Department of Homeland Security. | 3.6 3.6 | $225.00 | $810.00 $810.00 |
| | | | | | *Edited* |
| 01/29/2009 615246 | MLW | Continued research and preparation of demand letter. Several e-mails and telephone calls with client. | 5.8 5.8 | $225.00 | $1,305.00 $1,305.00 |
| | | | | | *Edited* |
| 01/30/2009 615531 | MLW | Completed Demand Package directed to Department of Homeland Security. | 3.7 3.7 | $225.00 | $832.50 $832.50 |
| | | | | | *Edited* |
| 02/02/2009 615519 | MLW | Receipt and review of letter from Montclair Funding Group regarding monetary advance. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | *Edited* |
| 02/05/2009 615600 | MLW | Receipt and review of second facsimile from AnyLawSuits regarding monetary advance. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | *Edited* |
| 02/06/2009 616408 | MLW | Receipt and review of facsimile form Law Capital Enterprises, LLC regarding monetary advance. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | *Edited* |
| 02/06/2009 616434 | MLW | Prepare letter to Chad Prussin of AnyLawSuits regarding monetary advance. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | *Edited* |
| 02/12/2009 617254 | MLW | Receipt and review of letter from American Legal Funding regarding cash advance request for Rohan Douglas. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | *Edited* |
| 02/17/2009 617525 | MLW | Prepare letter to Maren Nelson at American Legal Funding LLC regarding monetary advance. | 0.1 0.1 | $225.00 | $22.50 $22.50 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

## Fees

| Date Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| | | | | | Edited |
| 02/24/2009 618486 | MLW | Receipt and review of letter from LawCash regarding monetary advance. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | Edited |
| 03/09/2009 621315 | MLW | Receipt and review of letter from U.S. Department of Justice dated 3/5/09 regarding Rohan Douglas administrative tort claim. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | Edited |
| 03/09/2009 621800 | MLW | Meeting with client to discuss contract he is signing with LawCash. | 0.5 0.5 | $225.00 | $112.50 $112.50 |
| | | | | | Edited |
| 03/09/2009 621801 | MLW | Prepared cover letter to LawCash to make sure our position on their contract with client was noted. | 0.4 0.4 | $225.00 | $90.00 $90.00 |
| | | | | | Edited |
| 03/17/2009 622192 | MLW | Receipt and review of letter from Law Cash regarding cash advance to Rohan Douglas. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | Edited |
| 06/08/2009 635797 | MLW | Receipt and review of letter from LawCash regarding a status update. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | Edited |
| 08/25/2009 648806 | MLW | Preparation of portion of complaint. | 3.5 3.5 | $225.00 | $787.50 $787.50 |
| | | | | | Edited |
| 09/01/2009 651221 | MLW | Continued work on preparation of complaint. | 4.8 4.8 | $225.00 | $1,080.00 $1,080.00 |
| | | | | | Edited |
| 09/02/2009 651222 | MLW | Added portions to draft complaint regarding the Department of Homeland Security, ICE and DRO and the way that the three agencies complement each other and fall under the FTCA. | 2.1 2.1 | $225.00 | $472.50 $472.50 |
| | | | | | Edited |
| 09/04/2009 651218 | MLW | Telephone conference with client regarding whether or not he received our proposed complaint and what changes he had to it. | 0.1 0.1 | $225.00 | $22.50 $22.50 |
| | | | | | Edited |
| 10/01/2009 655605 | MLW | Telephone conferences with client regarding portions of draft complaint. | 0.2 0.2 | $225.00 | $45.00 $45.00 |
| | | | | | Edited |
| 10/01/2009 655606 | MLW | Made modifications to draft complaint. | 1.0 1.0 | $225.00 | $225.00 $225.00 |
| | | | | | Edited |
| 10/05/2009 658932 | MLW | Began going through box of materials left by client. | 1.5 1.5 | $225.00 | $337.50 $337.50 |
| | | | | | Edited |

010184    050219    DOUGLAS, ROHAN D.
Matter Name:   Homeland Security Insurance

### Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 10/08/2009 658698 | MLW | Prepared FOIA request for client's A-File. | 1.5 1.5 | $225.00 | $337.50 $337.50 *Edited* |
| 10/09/2009 658908 | MLW | Did research on FTCA claims of malicious prosecution and Bivens claims of Malicious Prosecution. Prepared entirely new sections of complaint adding in sections related to Malicious Prosecution. | 7.6 7.6 | $225.00 | $1,710.00 $1,710.00 *Edited* |
| 10/13/2009 658905 | MLW | Conducted more research on FTCA claims. Made additions and alterations to complaint. Went through portion of box of information left by client. | 3.7 3.7 | $225.00 | $832.50 $832.50 *Edited* |
| 10/14/2009 658906 | MLW | Continued pouring through box of information left by client. Telephone conference with client regarding certain issues in case. Modification of complaint. | 6.2 6.2 | $225.00 | $1,395.00 $1,395.00 *Edited* |
| 10/15/2009 658907 | MLW | Completed first draft of Complaint. | 3.8 3.8 | $225.00 | $855.00 $855.00 *Edited* |
| 10/19/2009 658690 | MLW | Preparation of FOIA letter including additional information so that we can obtain Mr. Douglas's A-File. | 0.4 0.4 | $225.00 | $90.00 $90.00 *Edited* |
| 10/19/2009 658691 | MLW | Prepared Requests for Admissions. | 1.0 1.0 | $225.00 | $225.00 $225.00 *Edited* |
| 10/19/2009 658692 | MLW | Prepared specialized Interrogatories. | 1.0 1.0 | $225.00 | $225.00 $225.00 *Edited* |
| 10/19/2009 658693 | MLW | Prepared Request for Production. | 0.7 0.7 | $225.00 | $157.50 $157.50 *Edited* |
| 10/19/2009 658694 | MLW | Telephone conference with client. Brief modification to complaint. Research to determine who should be served. Prepared summons. | 2.8 2.8 | $225.00 | $630.00 $630.00 *Edited* |
| 10/23/2009 658947 | MLW | Telephone conference with client informing him that suit had been filed and we were awaiting the return of service of the summons. | 0.2 0.2 | $225.00 | $45.00 $45.00 *Edited* |
| 10/26/2009 658920 | MLW | Receipt and review of facsimile from American Asset Finance, LLC regarding pre-settlement advance program. | 0.1 0.1 | $225.00 | $22.50 $22.50 *Edited* |
| 10/27/2009 659277 | MLW | Receipt and review of facsimile from Law Capital Enterprises, LLC regarding monetary advance for Rohan Douglas. | 0.1 0.1 | $225.00 | $22.50 $22.50 *Edited* |

010184   050219   DOUGLAS, ROHAN D.

Matter Name:  Homeland Security Insurance

## Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 10/29/2009 659994 | MLW | Receipt and review of invoice from Legal Services, Inc. for service of process on United States Attorney. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |
| 10/29/2009 660092 | MLW | Receipt and review of letter dated 10/22/09 from U.S. Department of Homeland Security regarding Track 3 request. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |
| 10/30/2009 660312 | MLW | Receipt and review of letter from Advance Funding regarding cash advance. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |
| 11/03/2009 661507 | MLW | Receipt and review of facsimile from American Asset Finance, LLC denying advance. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |
| 11/03/2009 661591 | MLW | Prepare letter to Jennifer Lieblein at Advance Funding NY regarding sending documents for possible cash advance. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |
| 11/05/2009 662465 | MLW | Preparation for deposition of Karolee Miller.  Made copies of exhibits. Reviewed police report and notes from prior depositions as well as host security training manual and discovery responses. | 2.5 2.5 | $225.00 | $562.50 $562.50 Edited |
| 11/06/2009 662464 | MLW | Travel to Plaintiffs' attorney's office for deposition of Karolee Miller.  Wait time for Ms. Miller to arrive.  Conference with Plaintiffs' counsel about settlement.  Took deposition of Ms. Miller.  Return to office. | 3.5 3.5 | $225.00 | $787.50 $787.50 Edited |
| 11/11/2009 666152 | MLW | Meeting with client prior to interview with Channel 8 and Tampa Tribune. Attended interview of client by Channel 8 and Tampa Tribune. | 4.3 4.3 | $225.00 | $967.50 $967.50 Edited |
| 11/19/2009 664040 | MLW | Receipt and review of letter from Rohan Douglas authorizing us to release information to Global Financial Credit LLC. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |
| 12/07/2009 667128 | MLW | Receipt and review of facsimile from Easy Lawsuit Funding regarding Rohan Douglas's pre-settlement funding. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |
| 12/09/2009 667403 | MLW | Receipt and review of letter dated 12/9/09 from LawCash regarding update on account. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |
| 12/14/2009 668023 | MLW | Receipt and review of 3rd request from Easy Lawsuit Funding. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |
| 12/14/2009 668057 | MLW | Receipt and review of United States' Unopposed Motion for Enlargement of Time in Which to Respond to Complaint. | 0.1 0.1 | $225.00 | $22.50 $22.50 Edited |

010184    050219    DOUGLAS, ROHAN D.

Matter Name: Homeland Security Insurance

### Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 12/14/2009<br>668061 | MLW | Receipt and review of Endorsed Order granting United States' Unopposed Motion for Enlargement of Time in which to Respond to Complaint. | 0.1<br>0.1 | $225.00<br>*Edited* | $22.50<br>$22.50 |
| 12/15/2009<br>668786 | MLW | Preparation of Draft Joint Stipulation of Dismissal. | 1.5<br>1.5 | $225.00<br>*Edited* | $337.50<br>$337.50 |
| 12/15/2009<br>668787 | MLW | E-mail correspondence with Paul Werner regarding his changes to our stipulation for dismissal. | 0.2<br>0.2 | $225.00<br>*Edited* | $45.00<br>$45.00 |
| 12/15/2009<br>668788 | MLW | Searched online to find .docx converter to .doc so that I could view Paul Werner's changes to our draft stipulation. | 0.3<br>0.3 | $225.00<br>*Edited* | $67.50<br>$67.50 |
| 12/17/2009<br>668494 | MLW | Receipt and review of Endorsed Order Granting Stipulation of Dismissal as to Defendants FNU Tollentino, John Doe, Don Chism, Burt Wehying and Charles Parra. | 0.1<br>0.1 | $225.00<br>*Edited* | $22.50<br>$22.50 |
| 01/11/2010<br>672043 | MLW | Receipt and review of Notice of Designation Under Local Rule 3.05 -Track 2. | 0.1<br>0.1 | $250.00<br>*Edited* | $25.00<br>$25.00 |
| 01/14/2010<br>672512 | MLW | Prepare Notice of Pendency of Other Actions and Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement. | 0.2<br>0.2 | $250.00<br>*Edited* | $50.00<br>$50.00 |
| 01/20/2010<br>674498 | MLW | Telephone conference with Paul Werner wherein we prepared case management report together. | 0.7<br>0.7 | $250.00<br>*Edited* | $175.00<br>$175.00 |
| 01/25/2010<br>674499 | MLW | Receipt and review of over 900 pages of documents in response to our Freedom of Information Request. | 6.8<br>6.8 | $250.00<br>*Edited* | $1,700.00<br>$1,700.00 |
| 02/01/2010<br>674905 | MLW | Receipt and review of letter dated 1/27/10 from United States Department of Justice enclosing a signed copy of the Case Management Report. | 0.1<br>0.1 | $250.00<br>*Edited* | $25.00<br>$25.00 |
| 02/01/2010<br>674911 | MLW | Receipt and review of Case Management and Scheduling Order. | 0.1<br>0.1 | $250.00<br>*Edited* | $25.00<br>$25.00 |
| 02/04/2010<br>680254 | MLW | Began researching and preparing response to Defendant's Motion for Judgment on the Pleadings. | 8.0<br>8.0 | $250.00<br>*Edited* | $2,000.00<br>$2,000.00 |
| 02/05/2010<br>676565 | MLW | Receipt and review of letter dated 2/1/10 from U.S. Immigration and Customs Enforcement regarding denial of administrative tort claim. | 0.1<br>0.1 | $250.00<br>*Edited* | $25.00<br>$25.00 |

010184   050219   DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

## Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 02/05/2010 680255 | MLW | Continued researching and preparing response to Defendant's Motion for Judgment on the Pleadings. | 8.0 8.0 | $250.00 *Edited* | $2,000.00 $2,000.00 |
| 02/08/2010 676724 | MLW | Receipt and review of facsimile from LawCash enclosing documents to be verified and executed. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 02/08/2010 680256 | MLW | Continued researching and preparing response to Defendant's Motion for Judgment on the Pleadings. | 8.0 8.0 | $250.00 *Edited* | $2,000.00 $2,000.00 |
| 02/09/2010 680257 | MLW | Continued researching and preparing response to Defendant's Motion for Judgment on the Pleadings. | 8.0 8.0 | $250.00 *Edited* | $2,000.00 $2,000.00 |
| 02/10/2010 676997 | MLW | Prepare letter to Plaintiff Funding Corporation d/b/a LawCash enclosing original cash advance documents. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 02/10/2010 680258 | MLW | Continued researching and preparing response to Defendant's Motion for Judgment on the Pleadings. | 8.0 8.0 | $250.00 *Edited* | $2,000.00 $2,000.00 |
| 02/11/2010 680261 | MLW | Continued researching and preparing response to Defendant's Motion for Judgment on the Pleadings. | 8.0 8.0 | $250.00 *Edited* | $2,000.00 $2,000.00 |
| 02/12/2010 680262 | MLW | Continued researching and preparing response to Defendant's Motion for Judgment on the Pleadings. | 8.0 8.0 | $250.00 *Edited* | $2,000.00 $2,000.00 |
| 02/15/2010 680266 | MLW | Finalized preparation of response to Defendant's Judgment on the Pleadings. | 6.0 6.0 | $250.00 *Edited* | $1,500.00 $1,500.00 |
| 02/19/2010 678269 | MLW | Receipt and review of United States' Unopposed Motion for Leave to File Reply Brief. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 02/23/2010 678908 | MLW | Receipt and review of Endorsed Order granting United States' Unopposed Motion for Leave to File Reply Brief. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 02/23/2010 678916 | MLW | Receipt and review of letter dated 2/12/10 regarding the funding agreement. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 03/01/2010 679910 | MLW | Receipt and review of letter for Defendant's attorney enclosing copy of United States' Initial Disclosures under Rule 26(a)(1). | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

### Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 03/04/2010 681254 | MLW | Receipt and review of United States' Reply Memorandum in Support of its Motion for Judgment on the Pleadings on Douglas's False Imprisonment and Negligence Claims. | 0.2 0.2 | $250.00 *Edited* | $50.00 $50.00 |
| 03/11/2010 683116 | MLW | Receipt and review of Order Referring Case to Mediation and Directing Selection of a Mediator. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 03/15/2010 682511 | MBT | Receipt and review of Defendant's First Set of Document Requests to Plaintiff. | 0.1 0.1 | $215.00 *Edited* | $21.50 $21.50 |
| 03/22/2010 683506 | MLW | Receipt and review of letter from U.S. Immigration and Customs Enforcement dated 3/9/10 regarding Freedom of Information Act seeking records pertaining to Rohan Douglas. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 03/24/2010 684103 | MLW | Receipt and review of letter from mediator, Peter Grilli, regarding mediation 8/2/10. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 03/30/2010 685282 | MLW | Receipt and review of voluminous response to our request for production. | 4.5 4.5 | $250.00 *Edited* | $1,125.00 $1,125.00 |
| 03/30/2010 685284 | MLW | Prepared correspondence to Paul Werner inquiring about whether or not he would agree to produce certain documents that were redacted in the Government's response to our request for production. | 0.2 0.2 | $250.00 *Edited* | $50.00 $50.00 |
| 03/30/2010 685291 | MLW | Researched whether or not negligence of government attorneys could form part of FTCA claim and whether or not Immigration Prosecutors are absolutely immune from prosecution. | 1.9 1.9 | $250.00 *Edited* | $475.00 $475.00 |
| 04/07/2010 690721 | MLW | Continued work on responding to Government's discovery requests. | 3.2 3.2 | $250.00 *Edited* | $800.00 $800.00 |
| 04/08/2010 686812 | MLW | Receipt and review of Order granting Plaintiff's Unopposed Motion to Compel the Alien File of Larisene Douglas Weiner. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 04/08/2010 687124 | MLW | Finalized discovery response to U.S. Government. | 0.9 0.9 | $250.00 *Edited* | $225.00 $225.00 |
| 04/19/2010 690629 | MLW | Receipt and review of Larisene Weiner's A-File. | 1.5 1.5 | $250.00 *Edited* | $375.00 $375.00 |
| 04/19/2010 690630 | MLW | E-mail correspondence to Paul Werner asking if he objects to us obtaining Gail Douglas' A-File. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

### Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 05/04/2010 694833 | MLW | Preparation of response to discovery requests. | 2.0 2.0 | $250.00 | $500.00 $500.00 *Edited* |
| 05/10/2010 694854 | MLW | Reviewed certain portions of file in preparation of discovery requests. | 3.5 3.5 | $250.00 | $875.00 $875.00 *Edited* |
| 05/11/2010 691780 | MLW | Receipt and review of facsimile from LawCash wanting a status update. | 0.1 0.1 | $250.00 | $25.00 $25.00 *Edited* |
| 05/11/2010 694858 | MLW | Review of case law in preparation for CCA conference where several issues from this case will be discussed. | 3.0 3.0 | $250.00 | $750.00 $750.00 *Edited* |
| 05/14/2010 692123 | MLW | Receipt and review of letter from Defendant dated 5/10/10 regarding cases that are responsive to Plaintiff's Interrogatory #10. | 0.1 0.1 | $250.00 | $25.00 $25.00 *Edited* |
| 05/14/2010 694873 | MLW | Preparation of unopposed motion to compel A-File of Gail Douglas. | 1.5 1.5 | $250.00 | $375.00 $375.00 *Edited* |
| 05/17/2010 692242 | MLW | Researched and pulled valuable settlement information on various cases supplied by the Government similar to this case.  Pulled information on Guzman v. U.S. regarding settlement and reviewed same. | 2.5 2.5 | $250.00 | $625.00 $625.00 *Edited* |
| 05/18/2010 692318 | MLW | Receipt and review of Order granting Plaintiff's Unopposed Motion for Order Compelling Disclosure of the Alien File of Gail B. Douglas. | 0.1 0.1 | $250.00 | $25.00 $25.00 *Edited* |
| 05/18/2010 694105 | MLW | Receipt and review of Defendant's Second Request for Admissions and First Set of Interrogatories. | 0.5 0.5 | $250.00 | $125.00 $125.00 *Edited* |
| 05/18/2010 694106 | MLW | Began preparation of responses to Requests for Admissions and First Set of Interrogatories. | 1.5 1.5 | $250.00 | $375.00 $375.00 *Edited* |
| 05/21/2010 694837 | MLW | Receipt and review of Gail Douglas's A-file. | 2.5 2.5 | $250.00 | $625.00 $625.00 *Edited* |
| 05/24/2010 692869 | MLW | Receipt and review of letter dated 5/17/10 from Defendant's counsel enclosing CD containing Mr. Douglas's bond file. | 0.1 0.1 | $250.00 | $25.00 $25.00 *Edited* |
| 05/24/2010 692871 | MLW | Receipt and review of Defendant's First Set of Interrogatories and Defendant's Second Set of Admissions. | 0.1 0.1 | $250.00 | $25.00 $25.00 *Edited* |

010184   050219   DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

### Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 05/24/2010 693078 | MLW | Receipt and review of letter dated 5/21/10 from Defendant's counsel enclosing redacted version of Gail Bonnie Douglas's alien file. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 05/28/2010 693856 | MLW | E-mailed Paul Werner copies of Fax Cover sheet sent by Anne Douglas to Krome in September 2006 along with other documents. | 0.2 0.2 | $250.00 *Edited* | $50.00 $50.00 |
| 05/28/2010 694835 | MLW | Receipt and review of Plaintiff's bond file. | 2.0 2.0 | $250.00 *Edited* | $500.00 $500.00 |
| 06/04/2010 695318 | MLW | Meeting with client to go over discovery responses and other related issues. Had client sign interrogatories in front of notary and mailed out same. | 1.8 1.8 | $250.00 *Edited* | $450.00 $450.00 |
| 06/08/2010 695630 | MLW | Telephone conference with Paul Werner discussing various issues including deposition schedule, mediation date and settlement. | 0.4 0.4 | $250.00 *Edited* | $100.00 $100.00 |
| 06/08/2010 695633 | MLW | Did research on issue of whether burden is on immigration detainee to show that he is a U.S. citizen. Found cases indicating burden was on alien to prove citizenship, but also located case indicating that burden of proving citizenship in removal proceeding does not negate fact that DHS cannot detain somebody if DHS knew he was a U.S. citizen. | 2.0 2.0 | $250.00 *Edited* | $500.00 $500.00 |
| 06/29/2010 698014 | MLW | Receipt and review of letter from Defendant's counsel dated 6/24/10 regarding Touhy regulations. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 06/29/2010 698015 | MLW | Receipt and review of Notice of Taking Deposition of Larisene Douglas Weiner scheduled for 8/2/10. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 06/29/2010 698018 | MLW | Receipt and review of letter from Peter Grilli's office regarding confirmation of mediation scheduled for 9/2/10. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 06/29/2010 698186 | MLW | Meeting with client. Preparation of letter of protection to Deborah Moss regarding her representation of Rohan Douglas in criminal case. | 1.0 1.0 | $250.00 *Edited* | $250.00 $250.00 |
| 06/30/2010 698182 | MLW | Preparation of memorandum to Bob Stoler requesting permission to travel to St. Croix. | 1.7 1.7 | $250.00 *Edited* | $425.00 $425.00 |
| 06/30/2010 698183 | MLW | Telephone conference with Musetta and Associates regarding fees for video conferencing. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 06/30/2010 698184 | MLW | Telephone conference with Paul Werner regarding video conferencing capabilities at the U.S. Attorney's Office in St. Croix. | 0.1 0.1 | $250.00 | $25.00 $25.00 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

## Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 07/09/2010 700312 | MLW | Prepared lengthy correspondence to Paul Werner pursuant to Touhy v. Ragen, 340 U.S. 462, 468 (1952) detailing all of the individuals whom I wish to depose, why those witnesses are relevant and what I plan to discuss with them during their depositions. | 2.0 2.0 | $250.00 *Edited* | $500.00 $500.00 |
| 07/16/2010 700988 | MLW | Receipt and review of letter from Defendant's counsel dated 7/12/10 regarding deposing Edly Vliet, former Citizenship and Immigration Services employee. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 07/16/2010 700989 | MLW | Receipt and review of letter from Defendant's counsel dated 7/12/10 regarding deposing Jeffrey Fattibene, John O'Malley, Carlos Tolentino, Don Chism, Burt Weyhing and Charles Parra, former Immigration and Customs Enforcement employees. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 07/23/2010 701947 | MLW | Receipt and review of a Letter of Protection from Debora Moss. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 07/26/2010 704196 | MLW | Multiple telephone conferences with client regarding his recent arrest. | 0.7 0.7 | $250.00 *Edited* | $175.00 $175.00 |
| 07/26/2010 704197 | MLW | Receipt and review of amended transcript and audio recordings of certain removal proceedings.  Listened to several hearings. | 3.5 3.5 | $250.00 *Edited* | $875.00 $875.00 |
| 07/26/2010 704199 | MLW | Telephone conference with Paul Werner wherein he rescheduled deposition of Larisene Weiner set for August 2, 2010. | 0.2 0.2 | $250.00 *Edited* | $50.00 $50.00 |
| 08/05/2010 709373 | MLW | Receipt and review of correspondence from Paul Werner seeking address for Ana Douglas. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 08/06/2010 709374 | MLW | Telephone conference with Rohan Douglas asking address of Ana Douglas. | 0.2 0.2 | $250.00 *Edited* | $50.00 $50.00 |
| 08/09/2010 709375 | MLW | Correspondence to Paul Werner informing him that Ana Douglas's address was the same as we stated initially. | 0.2 0.2 | $250.00 *Edited* | $50.00 $50.00 |
| 08/12/2010 705472 | MLW | Receipt and review of correspondence from LawCash dated 8/12/10 regarding a status update. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 08/16/2010 707525 | MLW | Research, review of file and continued preparation of mediation statement. | 7.0 7.0 | $250.00 *Edited* | $1,750.00 $1,750.00 |
| 08/17/2010 707521 | MLW | Review of file in preparation for Larisene Weiner's deposition. | 2.5 2.5 | $250.00 | $625.00 $625.00 |

010184  050219  DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

### Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| | | | | *Edited* | |
| 08/17/2010 707522 | MLW | Continued work on lengthy mediation statement. | 4.5 4.5 | $250.00 | $1,125.00 $1,125.00 |
| | | | | *Edited* | |
| 08/18/2010 707476 | MLW | Review of file prior to deposition of Larisene Weiner. Attended deposition of Larisene Weiner via video teleconference. | 3.8 3.8 | $250.00 | $950.00 $950.00 |
| | | | | *Edited* | |
| 08/18/2010 707520 | MLW | Continued work on lengthy mediation statement. | 4.3 4.3 | $250.00 | $1,075.00 $1,075.00 |
| | | | | *Edited* | |
| 08/19/2010 707474 | MLW | Continued research and review of file in preparation of mediation summary. | 8.0 8.0 | $250.00 | $2,000.00 $2,000.00 |
| | | | | *Edited* | |
| 08/20/2010 706204 | MLW | Receipt and review of invoice from Michael Musetta & Associates, Inc. for video conference deposition of Larisene Douglas Weiner on 8/18/10. | 0.1 0.1 | $250.00 | $25.00 $25.00 |
| | | | | *Edited* | |
| 08/20/2010 707475 | MLW | Completed research, review of file and preparation of mediation summary. | 6.6 6.6 | $250.00 | $1,650.00 $1,650.00 |
| | | | | *Edited* | |
| 08/24/2010 707458 | MLW | Reviewed portions of file in preparation for Anna Douglas's deposition. | 1.5 1.5 | $250.00 | $375.00 $375.00 |
| | | | | *Edited* | |
| 08/25/2010 707454 | MLW | Attended and participated in deposition of Anna Douglas. Conference with Anna Douglas and client after deposition. | 2.7 2.7 | $250.00 | $675.00 $675.00 |
| | | | | *Edited* | |
| 08/26/2010 707452 | MLW | Telephone conferences with Paul Werner (2 Calls) wherein he indicated that he wanted to depose client's brother and one of his wife's daughter's from a prior marriage. Discussion also about getting medical records from Dr. Santayana and Dr. Casanas. | 0.2 0.2 | $250.00 | $50.00 $50.00 |
| | | | | *Edited* | |
| 08/26/2010 707453 | MLW | Telephone conferences (2 calls) with client regarding upcoming mediation, requests by Paul Werner and possible depositions of his brother and step-daughter. | 0.5 0.5 | $250.00 | $125.00 $125.00 |
| | | | | *Edited* | |
| 08/30/2010 707994 | MLW | Receipt and review of letter dated 8/27/10 from Defendant's counsel enclosing removal proceedings from 9/06 through 6/08, transcripts on CD of those hearings and requests for verification for IRS. | 0.1 0.1 | $250.00 | $25.00 $25.00 |
| | | | | *Edited* | |
| 08/30/2010 709426 | MLW | Research and review of file in preparation for mediation. | 6.1 6.1 | $250.00 | $1,525.00 $1,525.00 |
| | | | | *Edited* | |
| 08/31/2010 709427 | MLW | Research and review of file in preparation for mediation. | 8.2 8.2 | $250.00 | $2,050.00 $2,050.00 |

010184   050219   DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

## Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| | | | | | *Edited* |
| 09/01/2010 709429 | MLW | Research and review of file in preparation for mediation. | 8.0 8.0 | $250.00 | $2,000.00 $2,000.00 |
| | | | | | *Edited* |
| 09/02/2010 709325 | MLW | Attendance at mediation.  Meeting with client after mediation. | 6.0 6.0 | $250.00 | $1,500.00 $1,500.00 |
| | | | | | *Edited* |
| 09/07/2010 710007 | MLW | Receipt and review of Mediation Report regarding mediation held 9/2/10 which reached an impasse. | 0.1 0.1 | $250.00 | $25.00 $25.00 |
| | | | | | *Edited* |
| 09/07/2010 715006 | MLW | Telephone conference with Paul Werner discussing the setting of Ms. Vliet's deposition and authorizations. | 0.2 0.2 | $250.00 | $50.00 $50.00 |
| | | | | | *Edited* |
| 09/07/2010 715044 | MLW | Preparation of our Second Request for Admissions and Fourth Request for Production. | 2.5 2.5 | $250.00 | $625.00 $625.00 |
| | | | | | *Edited* |
| 09/08/2010 710154 | MLW | Receipt and review of United States' Unopposed Motion to Voluntarily Withdraw Its Motion for Judgment on the Pleadings. | 0.1 0.1 | $250.00 | $25.00 $25.00 |
| | | | | | *Edited* |
| 09/08/2010 710155 | MLW | Prepare Notice of Taking Deposition for Edly Vliet, Immigration Service Officer, on 9/16/10. | 0.1 0.1 | $250.00 | $25.00 $25.00 |
| | | | | | *Edited* |
| 09/08/2010 710225 | MLW | Telephone conference with Paul Werner discussing deposition of Edly Vliet next week. | 0.2 0.2 | $250.00 | $50.00 $50.00 |
| | | | | | *Edited* |
| 09/08/2010 710227 | MLW | Multiple e-mails with Paul Werner approving his Motion to Withdraw his Motion on the Pleadings and next week's deposition of Edly Vliet. | 0.3 0.3 | $250.00 | $75.00 $75.00 |
| | | | | | *Edited* |
| 09/08/2010 715013 | MLW | Telephone conference with Paul Werner wherein he discussed that he wanted to withdraw his Motion for Judgment on the Pleadings. | 0.2 0.2 | $250.00 | $50.00 $50.00 |
| | | | | | *Edited* |
| 09/08/2010 715015 | MLW | Receipt and review of Plaintiff's Motion to Withdraw Judgment on the Pleadings. | 0.2 0.2 | $250.00 | $50.00 $50.00 |
| | | | | | *Edited* |
| 09/08/2010 710156 | MEM | Prepare Subpoena for deposition. | 0.2 0.2 | $140.00 | $28.00 $28.00 |
| | | | | | *Edited* |
| 09/08/2010 710157 | MEM | Research regarding correct address for deposition. | 0.2 0.2 | $140.00 | $28.00 $28.00 |
| | | | | | *Edited* |

010184   050219   DOUGLAS, ROHAN D.

Matter Name: Homeland Security Insurance

## Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 09/09/2010 710263 | MLW | Receipt and review of Endorsed Order granting United States' Unopposed Motion to Voluntarily Withdraw Motion for Judgment on the Pleadings. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 09/09/2010 710276 | MLW | Receipt and review of invoice from Peter Grilli, mediator, for mediation held 9/2/10. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 09/15/2010 711202 | MLW | Receipt and review of letter from SMP Advance Funding, Inc. regarding pre-settlement cash advance. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |
| 09/16/2010 715003 | MLW | Travel to and from Orlando for deposition of Edly Vliet. Took Ms. Vliet's deposition and had brief conference with opposing counsel following deposition. | 6.8 6.8 | $250.00 *Edited* | $1,700.00 $1,700.00 |
| 09/20/2010 711865 | MLW | Receipt and review of letter from Defendant's counsel dated 9/17/10 regarding our request to depose Meryl Finnerty with U.S. Citizenship & Immigration Services and Eduardo Roman with Immigration and Customs Enforcement. | 0.2 0.2 | $250.00 *Edited* | $50.00 $50.00 |
| 09/20/2010 715067 | MLW | Several e-mails with Paul Werner discussing scheduling of future depositions. | 0.3 0.3 | $250.00 *Edited* | $75.00 $75.00 |
| 09/21/2010 711938 | MLW | Receipt and review of two letters dated 9/17/10 from U.S. Immigration and Customs Enforcement regarding the deposition testimony of Officers Eduardo Roman, Jeffrey Fattibene, John O'Malley, Carlos Tolentino, Don Chism, Burt Wehying and Charles Parra. | 0.2 0.2 | $250.00 *Edited* | $50.00 $50.00 |
| 09/21/2010 715073 | MLW | Meeting with client wherein we discussed last week's deposition of Edly Vliet and client signed various authorizations. | 1.4 1.4 | $250.00 *Edited* | $350.00 $350.00 |
| 09/22/2010 714878 | MLW | Preparation of Freedom of Information Act request for Immigration Hearing recordings from March 2 and 3, 2006. | 0.4 0.4 | $250.00 *Edited* | $100.00 $100.00 |
| 09/22/2010 714884 | MLW | Preparation of Supplemental Rule 26 Disclosures. Put in proper addresses for all prior witnesses whose addresses were unknown at the time. Added a number of witnesses listed in Defendant's Answers to Interrogatories. Added several exhibits from previous case filings wherein Plaintiff had filed in 2006 the January 19, 2006, letter directed to Carlos Tolentino. | 3.0 3.0 | $250.00 *Edited* | $750.00 $750.00 |
| 10/01/2010 714486 | MLW | Meeting with client wherein he provided me with additional medical records. | 0.4 0.4 | $250.00 *Edited* | $100.00 $100.00 |
| 10/05/2010 715493 | MLW | Receipt of e-mail from Paul Werner and response thereto regarding scheduling of future depositions. | 0.1 0.1 | $250.00 *Edited* | $25.00 $25.00 |

010184   050219   DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 10/11/2010<br>716167 | MLW | Receipt and review of letter from U.S. Department of Justice regarding our request for records through the Freedom of Information Act. | 0.1<br>0.1 | $250.00<br>*Edited* | $25.00<br>$25.00 |
| 10/13/2010<br>717887 | MLW | Receipt and review of Defendant's Second Set of Interrogatories to Plaintiff and Defendant's Third Set of Requests for Admission to Plaintiff. | 0.2<br>0.2 | $250.00<br>*Edited* | $50.00<br>$50.00 |
| 10/13/2010<br>717904 | MLW | Receipt and review of Defendant's Responses to Douglas's Second Request for Admission and Defendant's Response to Plaintiff Rohan D. Douglas's Fourth Request for Production to Defendant. | 0.2<br>0.2 | $250.00<br>*Edited* | $50.00<br>$50.00 |
| 10/18/2010<br>717257 | MLW | Telephone conference with Paul Werner discussing possibility of requesting additional time to complete discovery. | 0.2<br>0.2 | $250.00<br>*Edited* | $50.00<br>$50.00 |
| 10/21/2010<br>717964 | MLW | Receipt and review of deposition of Edly Vliet from Riesdorph Reporting taken 9/16/10. | 0.1<br>0.1 | $250.00<br>*Edited* | $25.00<br>$25.00 |
| 11/10/2010<br>722427 | MLW | Preparation of Responses to Third Request for Admissions. | 2.0<br>2.0 | $250.00<br>*Edited* | $500.00<br>$500.00 |
| 11/16/2010<br>723697 | MLW | Preparation of letter to Paul Werner/Department of Justice seeking $950,000 in damages. | 4.2<br>4.2 | $250.00<br>*Edited* | $1,050.00<br>$1,050.00 |
| 11/18/2010<br>723256 | MLW | Receipt and review of Joint Agreed Motion to Extend the Cutoff Dates for Discovery and Dispositive Motions. | 0.1<br>0.1 | $250.00<br>*Edited* | $25.00<br>$25.00 |
| 11/24/2010<br>724224 | MLW | Receipt and review of Endorsed Order granting extension of discovery deadline until 2/11/11 and denying extension of dispositive motion deadline. | 0.1<br>0.1 | $250.00<br>*Edited* | $25.00<br>$25.00 |
| 12/06/2010<br>726498 | MLW | Prepare Notices of Taking Deposition and Subpoenas for Depositions for Charles Parra and Meryl Finnerty (12/14/10), Don Chism and Jeffrey Fattibene 12/21/10, Eduardo Roman and John O'Malley (1/5/11), and Burt Wehying (1/13/11). | 1.0<br>1.0 | $250.00<br>*Edited* | $250.00<br>$250.00 |
| 12/06/2010<br>726534 | MLW | Receipt and review of letter from Law Cash dated 12/6/10 regarding status update. | 0.1<br>0.1 | $250.00<br>*Edited* | $25.00<br>$25.00 |
| 12/07/2010<br>729831 | MLW | Preparation of 2nd Supplemental Disclosures. | 0.5<br>0.5 | $250.00<br>*Edited* | $125.00<br>$125.00 |
| 12/08/2010<br>729838 | MLW | Began preparing Motion for Summary Judgment. | 7.0<br>7.0 | $250.00<br>*Edited* | $1,750.00<br>$1,750.00 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

## Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 12/09/2010 729839 | MLW | Continued work on motion for summary judgment. | 7.0 7.0 | $250.00 *Edited* | $1,750.00 $1,750.00 |
| 12/10/2010 729832 | MLW | Preparation of exhibits for depositions of Charles Parra and Meryl Finnerty.  (Deposition Exhibits had to be prepared in advance so that they could be sent to Miami for depositions scheduled for next week.). | 3.5 3.5 | $250.00 *Edited* | $875.00 $875.00 |
| 12/10/2010 729833 | MLW | Meeting with Rohan Douglas to discuss his upcoming deposition. | 1.0 1.0 | $250.00 *Edited* | $250.00 $250.00 |
| 12/13/2010 729845 | MLW | Preparation of questions for Charles Parra and Meryl Finnerty in anticipation of their depositions tomorrow. | 2.5 2.5 | $250.00 *Edited* | $625.00 $625.00 |
| 12/14/2010 729737 | MLW | Took deposition of Charles Parra. | 1.1 1.1 | $250.00 *Edited* | $275.00 $275.00 |
| 12/14/2010 729738 | MLW | Took deposition of Meryl Finnerty. | 1.2 1.2 | $250.00 *Edited* | $300.00 $300.00 |
| 12/15/2010 729736 | MLW | Travel to and from U.S. Attorney's Office.  Delay while waiting for court reporter to appear.  Attended and participated in deposition of Gail Douglas. | 3.5 3.5 | $250.00 *Edited* | $875.00 $875.00 |
| 12/16/2010 729859 | MLW | Continued work on motion for summary judgment. | 6.0 6.0 | $250.00 *Edited* | $1,500.00 $1,500.00 |
| 12/17/2010 729861 | MLW | Continued work on motion for summary judgment. | 7.0 7.0 | $250.00 *Edited* | $1,750.00 $1,750.00 |
| 12/20/2010 729862 | MLW | Prepared exhibits for depositions of Don Chism and Jeffrey Fattibene. | 2.0 2.0 | $250.00 *Edited* | $500.00 $500.00 |
| 12/20/2010 729863 | MLW | Prepared questions for depositions of Don Chism and Jeffrey Fattibene. | 2.5 2.5 | $250.00 *Edited* | $625.00 $625.00 |
| 12/20/2010 729864 | MLW | Met with client to go over his testimony one last time. | 1.0 1.0 | $250.00 *Edited* | $250.00 $250.00 |
| 12/21/2010 729733 | MLW | Travel to and from U.S. Attorney's Office.  Took deposition of Don Chism. | 1.3 1.3 | $250.00 *Edited* | $325.00 $325.00 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

### Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 12/21/2010 729734 | MLW | Travel to and from U.S. Attorney's Office. Took deposition of Jeffrey Fattibene. | 1.4 1.4 | $250.00 *Edited* | $350.00 $350.00 |
| 12/21/2010 729735 | MLW | Additional preparation for deposition of Jeffrey Fattibene prior to his deposition. | 2.5 2.5 | $250.00 *Edited* | $625.00 $625.00 |
| 12/22/2010 729873 | MLW | Continued preparation of motion for summary judgment. | 3.0 3.0 | $250.00 *Edited* | $750.00 $750.00 |
| 12/23/2010 729732 | MLW | Attended all-day deposition of Plaintiff. | 8.4 8.4 | $250.00 *Edited* | $2,100.00 $2,100.00 |
| 12/27/2010 729011 | MLW | Prepare Amended Notice of Taking Depositions and Amended Subpoenas for Depositions for Burt Wehying scheduled for 1/4/11, Eduardo Roman scheduled for 1/12/11 and John O'Malley scheduled for 1/2/11. | 0.4 0.4 | $250.00 *Edited* | $100.00 $100.00 |
| 01/04/2011 735174 | MLW | Final preparation for deposition of Burt Wehying. Took Mr. Wehying's deposition via video teleconference. | 2.0 2.0 | $275.00 *Edited* | $550.00 $550.00 |
| 01/07/2011 731380 | MLW | Receipt and review of Unopposed Motion to Extend Time to file dispositive motion by United States of America. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 01/10/2011 731523 | MLW | Prepare letter to Veritext Florida Reporting enclosing exhibits for Eduardo Roman and John O'Malley on 1/12/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 01/10/2011 731540 | MLW | Receipt and review of Endorsed Order granting the United States Motion to Extend the Cutoff Date for Dispositive Motions up to and including 2/15/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 01/11/2011 731672 | MLW | Prepare Notice of Taking Deposition and Subpoena for Deposition for Carlos Tolentino scheduled for 1/19/11. | 0.3 0.3 | $275.00 *Edited* | $82.50 $82.50 |
| 01/12/2011 732099 | MLW | Receipt and review of invoice from Michael Musetta & Associates for deposition of Burt Wehying on 1/4/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 01/12/2011 732100 | MLW | Receipt and review of invoice from Michael Musetta & Associates for video conference service for the depositions of Charles Parra and Meryl Finnerty on 12/14/10. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 01/12/2011 732101 | MLW | Receipt and review of invoice from Janice L. Johnston for deposition of Rohan Douglas on 12/23/10. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

### Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 01/12/2011 732102 | MLW | Receipt and review of invoice from Veritext Florida Reporting Company for deposition of Charles Parra and Meryl Finnerty on 12/14/10. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 01/12/2011 734958 | MLW | Took deposition of Eduardo Roman via video teleconference. | 1.0 1.0 | $275.00 *Edited* | $275.00 $275.00 |
| 01/12/2011 734959 | MLW | Took deposition of John O'Malley via video teleconference. | 1.0 1.0 | $275.00 *Edited* | $275.00 $275.00 |
| 01/14/2011 732737 | MLW | Prepare letter to Bartelt & Kenyon Court Reporting enclosing exhibits for the deposition of Carlos Tolentino scheduled for 1/19/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 01/14/2011 734985 | MLW | Put together exhibits for Carlos Tolentino's deposition. | 1.5 1.5 | $275.00 *Edited* | $412.50 $412.50 |
| 01/19/2011 733113 | MLW | Receipt and review of invoice from Riesdorph Reporting Group, Inc. for the depositions of Don Chism and Jeffrey Fattibene on 12/21/10. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 01/19/2011 733115 | MLW | Receipt and review of invoice from Hanson/Renaissance Court Reporters & Video for deposition of Burt Wehying on 1/4/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 01/19/2011 735029 | MLW | Final review of exhibits and questions for Carlos Tolentino.  Took Mr. Tolentino's deposition via video teleconference. | 2.0 2.0 | $275.00 *Edited* | $550.00 $550.00 |
| 01/24/2011 735958 | MLW | Put in section to our Motion for Summary Judgment regarding Carlos Tolentino's testimony. | 1.5 1.5 | $275.00 *Edited* | $412.50 $412.50 |
| 01/25/2011 735959 | MLW | Put in some record citations to our Motion for Summary Judgment. | 2.5 2.5 | $275.00 *Edited* | $687.50 $687.50 |
| 01/31/2011 735045 | MLW | Receipt and review of invoice from Michael Musetta & Associates, Inc. for the deposition of Carlos Tolentino on 1/19/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 02/01/2011 735756 | MLW | Receipt and review of invoice from Bartelt & Kenyon for the video conference deposition of Carlos Tolentino on 1/19/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 02/01/2011 735776 | MLW | Receipt and review of invoice from Bartelt & Kenyon for transcript of deposition of Carlos Tolentino taken 1/19/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

## Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 02/08/2011 737570 | MLW | Receipt and review of invoice from Michael Musetta & Associates, Inc. for deposition of John O'Malley on January 12, 2011. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 02/08/2011 737572 | MLW | Receipt and review of invoice from Michael Musetta & Associates, Inc. for the deposition of Eduardo Roman on 1/12/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 02/08/2011 737712 | MLW | Telephone conference with Paul Werner regarding asking for permission from court to file excess pages in our motions for summary judgment. Prepared Joint Motion for Leave to File Motions in Excess of 25 Pages. | 1.0 1.0 | $275.00 *Edited* | $275.00 $275.00 |
| 02/08/2011 737713 | MLW | Put in additional citations. Prepared section on negligence claim and then deleted it opting to focus motion solely on malicious prosecution and false imprisonment claims. | 1.6 1.6 | $275.00 *Edited* | $440.00 $440.00 |
| 02/09/2011 737845 | MLW | Receipt and review of Endorsed Order granting Joint Motion for Leave to File Motions in Excess of Twenty-Five Pages. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 02/09/2011 738015 | MLW | Worked on finalizing exhibits for motion for summary judgment. | 8.2 8.2 | $275.00 *Edited* | $2,255.00 $2,255.00 |
| 02/11/2011 738066 | MLW | Receipt and review of invoice from Veritext Florida Reporting Company for the depositions of Eduardo Roman and John O'Malley taken January 12, 2011. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 02/14/2011 738633 | MLW | Finalized Motion for Summary Judgment. | 8.0 8.0 | $275.00 *Edited* | $2,200.00 $2,200.00 |
| 02/15/2011 738611 | MLW | Receipt and review of Errata sheets for the depositions of Charles Parra and Meryl Finnerty taken 12/14/10. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 02/15/2011 738634 | MLW | Receipt and review of Defendant's Motion for Summary Judgment and exhibits attached thereto. | 0.8 0.8 | $275.00 *Edited* | $220.00 $220.00 |
| 02/16/2011 738696 | MLW | Receipt and review of invoice from Veritext Florida Reporting Co. for Miami video conference room rental for the depositions of Eduardo Roman and John O'Malley taken 1/12/11. | 0.1 0.1 | $275.00 *Edited* | $27.50 $27.50 |
| 02/17/2011 739284 | MLW | Worked on response to Defendant's Motion for Summary Judgment. | 5.0 5.0 | $275.00 *Edited* | $1,375.00 $1,375.00 |
| 02/21/2011 741703 | MLW | Worked on Response to Defendant's Motion for Summary Judgment. | 7.5 7.5 | $275.00 *Edited* | $2,062.50 $2,062.50 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

## Fees

| Date Record # | ID | Description | Orig Hrs Bill Hrs | Hrly Rate | Orig Amt Bill Amt |
|---|---|---|---|---|---|
| 02/22/2011 741706 | MLW | Continued work on Response to Defendant's Motion for Summary Judgment. | 7.5 7.5 | $275.00 | $2,062.50 $2,062.50 |
| | | | | *Edited* | |
| 02/23/2011 741709 | MLW | Continued work on Response to Defendant's Motion for Summary Judgment. | 8.5 8.5 | $275.00 | $2,337.50 $2,337.50 |
| | | | | *Edited* | |
| 02/26/2011 741711 | MLW | Worked on Response to Defendant's Motion for Summary Judgment. | 2.0 2.0 | $275.00 | $550.00 $550.00 |
| | | | | *Edited* | |
| 02/27/2011 741712 | MLW | Worked on Response to Defendant's Motion for Summary Judgment. | 0.5 0.5 | $275.00 | $137.50 $137.50 |
| | | | | *Edited* | |
| 02/28/2011 741721 | MLW | Continued work on Response to Defendant's Motion for Summary Judgment. | 2.5 2.5 | $275.00 | $687.50 $687.50 |
| | | | | *Edited* | |
| 03/01/2011 741722 | MLW | Completed work on Response to Defendant's Motion for Summary Judgment. | 6.5 6.5 | $275.00 | $1,787.50 $1,787.50 |
| | | | | *Edited* | |
| 03/07/2011 742607 | MLW | Receipt and review of Endorsed Order granting USA's Motion for Leave to File a Reply Brief. | 0.1 0.1 | $275.00 | $27.50 $27.50 |
| | | | | *Edited* | |
| 03/07/2011 742717 | MLW | Receipt and review of status update form from LawCash. | 0.1 0.1 | $275.00 | $27.50 $27.50 |
| | | | | *Edited* | |

| | Orig Hrs | Orig Amt | Bill Hrs | Hrly Rate | Bill Amt |
|---|---|---|---|---|---|
| Total Selected Fees | 427.1 | $106,645.00 | 427.1 | $249.70 | $106,645.00 |
| Total Deferred Fees | 0.0 | $0.00 | 0.0 | $0.00 | $0.00 |
| **Total Fees** | **427.1** | **$106,645.00** | **427.1** | **$249.70** | **$106,645.00** |

*- 4,862.50*

*$101,782.50*

## Cost & Expenses

| Date Record # | ID Code | Description | Orig Amt Bill Amt |
|---|---|---|---|

*- 77.50*

*$101,705.00*

*- 5% (x .95%)*

*$96,619.75*

010184   050219   DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

## Cost & Expenses

| Date Record # | ID Code | Description | Orig Amt Bill Amt |
|---|---|---|---|
| 02/01/2009 682509 | FIRM CALRR{ | West Payment Center- Legal Research Fee- {40253} | $56.57 $56.57 |
| 02/05/2009 681646 | FIRM CA | FedEx- Client Cost Advance- Overnight to Dept of Homeland Security, Principal Legal Advise 01/30 {40125} | $22.15 $22.15 |
| 02/05/2009 681648 | FIRM CA | FedEx- Client Cost Advance- Overnight to Dept of Homeland Security, Washington DC 01/30 {40125} | $22.15 $22.15 |
| 09/01/2009 716731 | FIRM CALRR{ | West Payment Center- Legal Research Fee- Legal Research during August, 2009 {42608} | $27.97 $27.97 |
| 10/01/2009 722843 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research for September, 2009 {43066} | $101.26 $101.26 |
| 10/05/2009 724383 | FIRM CA | Pacer Service Center- Client Cost Advance- Public Access to Court Electronic Records (04/01/09 - 09/30/09) {43297} | $10.24 $10.24 |
| 10/20/2009 721158 | MLW CACFF | Clerk, U.S. District Court- Court Filing Fees- Fee for filing the complaint with Federal Court {43174} | $350.00 $350.00 |
| 11/01/2009 728527 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research from 10/01/09 - 10/31/09 {43572} | $268.70 $268.70 |
| 11/02/2009 724612 | MLW CASVCI | Legal Services, Inc.- Service of Process- For service of process on U.S. Attorney. {43329} | $60.00 $60.00 |
| 01/06/2010 739314 | MLW CA | Pacer Service Center- Client Cost Advance- For research in Middle District Court. {44790} | $3.04 $3.04 |
| 03/01/2010 749059 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 02/01/10 - 02/28/10 {45555} | $687.18 $687.18 |
| 04/01/2010 754869 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 03/01/10 - 03/31/10 {45973} | $68.65 $68.65 |
| 04/07/2010 755415 | MLW CA | Pacer Service Center- Client Cost Advance- Public Access to Court Electronic Records from 01/01/10 - 03/31/10 {46206} | $4.08 $4.08 |
| 05/01/2010 759888 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 04/01/10 - 04/30/10 {46405} | $21.64 $21.64 |
| 07/01/2010 768377 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research (06/01/10 - 06/30/10) {47207} | $133.29 $133.29 |
| 07/07/2010 769479 | MLW CARECI | Pacer Service Center- Records Fee- For public access of court electronic records (04/01/10 - 06/30/10) {47488} | $11.84 $11.84 |
| 08/01/2010 775120 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research from 07/01/10 - 07/31/10 {47669} | $48.87 $48.87 |
| 08/18/2010 | MLW | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For videoconference | $175.00 |

010184    050219    DOUGLAS, ROHAN D.
Matter Name: Homeland Security Insurance

## Cost & Expenses

| Date Record # | ID Code | Description | Orig Amt Bill Amt |
|---|---|---|---|
| | | deposition of Larisene Douglas Weiner on 8/18/10. {47840} | |
| 773657 | CADEP( | | $175.00 |
| 09/01/2010 779342 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 08/01/10 - 08/31/10 {48119} | $442.61 $442.61 |
| 09/02/2010 776589 | MLW CAMED | Peter J. Grilli, P.A.- Mediator Fee(s)- For mediation held 9/2/10. {48083} | $660.00 $660.00 |
| 09/16/2010 778294 | MLW CAMILE | Matthew L. Wilson- Mileage Reimbursement- R/T (169.58 miles) to Orlando, FL for the deposition of Edly Vilet (Immigration Srvcs Officer) on {48245} | $84.79 $84.79 |
| 09/16/2010 784992 | MLW CADEP( | Riesdorph Reporting Group, Inc.- Deposition Transcripts/Charges- For deposition of Edly Vliet taken 9/16/10. {48831} | $535.00 $535.00 |
| 10/01/2010 782302 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 09/01/10 - 09/30/10 {48509} | $40.96 $40.96 |
| 10/05/2010 784768 | MLW CAREC | Pacer Service Center- Records Fee- For public access of court electronic records from 07/01/10 - 09/30/10 {48796} | $2.72 $2.72 |
| 12/01/2010 793942 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 11/01/10 - 11/30/10 {49408} | $144.20 $144.20 |
| 12/10/2010 794185 | MLW CAFDX | FedEx- FEDEX Charges- Attn: Marilyn @ Veritext Florida Reporting {49686} | $20.80 $20.80 |
| 12/14/2010 797596 | MLW CADEP( | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- videoconference services provided for Charles Parra & Meryl Finnerty depos {50012} | $725.00 $725.00 |
| 12/14/2010 797597 | MLW CADEP( | Veritext Florida Reporting Co.- Deposition Transcripts/Charges- court reporter service for Charles Parra & Meryl Finnerty depositions on 12/14/10 {50013} | $811.65 $811.65 |
| 12/21/2010 798682 | MLW CADEP( | Riesdorph Reporting Group, Inc.- Deposition Transcripts/Charges- For depositions of Don Chism and Jeffrey Fattibene on 12/21/10 {50128} | $381.50 $381.50 |
| 12/23/2010 797599 | MLW CADEP( | Janice L. Johnston- Deposition Transcripts/Charges- For deposition of Rohan Douglas taken 12/23/10 {50016} | $892.25 $892.25 |
| 12/30/2010 766033 | FIRM EX12 | Long Distance Cost | $58.73 $58.73 |
| 12/30/2010 798116 | MLW CAFDX | FedEx- FEDEX Charges- Ms. Christina Cox {50087} | $23.62 $23.62 |
| 12/31/2010 798736 | MLW CA | Pacer Service Center- Client Cost Advance- For research in the above case from 10/01/10 - 12/31/10 {50175} | $5.20 $5.20 |
| 01/01/2011 799934 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 12/01/10 - 12/31/10 {50100} | $454.17 $454.17 |
| 01/04/2011 | MLW | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For deposition of Burt | $150.00 |

010184    050219    DOUGLAS, ROHAN D.

Matter Name:  Homeland Security Insurance

## Cost & Expenses

| Date / Record # | ID / Code | Description | Orig. Amt / Bill Amt |
|---|---|---|---|
| | | Wehying on 1/4/11 {50017} | |
| 797600 | CADEP( | | $150.00 |
| 01/04/2011 798683 | MLW CADEP( | Hanson/Renaissance Reporters & Video- Deposition Transcripts/Charges- For deposition of Burt Wehying on 1/4/11 {50129} | $262.30 $262.30 |
| 01/10/2011 799118 | MLW CAFDX | FedEx- FEDEX Charges- Veritext Florida Reporting Attention: Daylin {50192} | $21.56 $21.56 |
| 01/12/2011 802446 | MLW CADEP( | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For deposition of John O'Malley on 1/12/11. {50522} | $100.00 $100.00 |
| 01/12/2011 802447 | MLW CADEP( | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For deposition of Eduardo Roman on 1/12/11. {50523} | $100.00 $100.00 |
| 01/12/2011 802785 | MLW CADEP( | Veritext Florida Reporting Co.- Deposition Transcripts/Charges- For the depositions of Eduardo Roman and John O'Malley taken January 12, 2011. {50552} | $642.00 $642.00 |
| 01/12/2011 804884 | MLW CADEP( | Veritext Florida Reporting Co.- Deposition Transcripts/Charges- Miami videoconference room rental for depos of Eduardo Roman & John O'Mallley {50730} | $400.00 $400.00 |
| 01/14/2011 799124 | MLW CAFDX | FedEx- FEDEX Charges- Bartelt & Kenyon Court Reporting Attention: Kim {50192} | $33.72 $33.72 |
| 01/19/2011 801211 | MLW CADEP( | Michael Musetta & Associates Inc.- Deposition Transcripts/Charges- For the deposition of Carlos Tolentino on 1/19/11. {50407} | $100.00 $100.00 |
| 02/01/2011 800247 | MLW CADEP( | Bartelt & Kenyon- Deposition Transcripts/Charges- PREPAY - for videoconference deposition of Carlos Tolentino on 1/19/11 (Invoice No. {50317} | $175.00 $175.00 |
| 02/01/2011 800248 | MLW CADEP( | Bartelt & Kenyon- Deposition Transcripts/Charges- PREPAY - for deposition transcript of Carlos Tolentino taken 1/19/11 (Invoice No. {50318} | $283.80 $283.80 |
| 02/01/2011 803472 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 01/01/11 – 01/31/11 {50482} | $45.30 $45.30 |
| 02/25/2011 751436 | FIRM EX2 | Long Distance Cost | $91.38 $91.38 |
| 03/01/2011 809816 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 02/01/11 – 02/28/11 {51088} | $673.76 $673.76 |
| 03/03/2011 757552 | FIRM EX3 | Postage Use | $32.14 $32.14 |
| 03/08/2011 758588 | FIRM EX1 | FAX Charges (280 @ $1.00) | $280.00 $280.00 |
| 03/11/2011 757486 | FIRM EX5 | Photocopies (3063 @ $0.25) | $765.75 $765.75 |
| 03/31/2011 | MLW | Pacer Service Center- Records Fee- Pacer: for public access of court electronic records | $7.76 |

010184   050219   DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

## Cost & Expenses

| Date Record # | ID Code | Description | Orig Amt Bill Amt |
|---|---|---|---|
| | | from 01/01/11 - 03/31/11 {51615} | |
| 812732 | CARECI | | $7.76 |
| 04/01/2011 814948 | FIRM CATX | West Payment Center- West Law Legal research- Legal Research 03/01/11 - 03/31/11 {51617} | $163.67 $163.67 |

| | Orig Amt | Bill Amt |
|---|---|---|
| Total Selected Cost & Expenses | $11,683.97 | $11,683.97 |
| Total Deferred Cost & Expenses | $0.00 | $0.00 |
| **Total Cost & Expenses** | **$11,683.97** | **$11,683.97** |

## Retainer and Trust Activity

| Date Record # | ID | Description | Orig Amt Bill Amt |
|---|---|---|---|
| 02/11/2011 802085 | FIRM | Trust Deposit - Refund for Service Failure on 01/18/11. | $33.72 $33.72 |

## History

| | | | | |
|---|---|---|---|---|
| Current | $0.00 | Last Billing of Matter | | |
| 31-60 | $0.00 | Last Payment Received/Transferred | | |
| 61-90 | $0.00 | Payment Amount | $0.00 | |
| 91-120 | $0.00 | Fees Billed/Paid to Date | $0.00 | $0.00 |
| 121+ | $0.00 | Cost & Expenses Billed/Paid to Date | $0.00 | $0.00 |
| A/R Balance | $0.00 | Credit & WO Fees/Expenses | $0.00 | $0.00 |

## Invoice Totals

| | Orig Amt | Bill Amt |
|---|---|---|
| Balance Forward | $0.00 | $0.00 |
| | | |
| Selected Fees | $106,645.00 | $106,645.00 |
| Selected Cost & Expenses | $11,683.97 | $11,683.97 |
| Selected Interest | $0.00 | $0.00 |
| **Selected Totals** | **$118,328.97** | **$118,328.97** |
| Less Payment & Credits | $0.00 | $0.00 |
| Invoice Total | **$118,328.97** | **$118,328.97** |

| Retainer Balance | $0.00 | Retainer Amount to Apply | |
|---|---|---|---|
| Trust Balance | $33.72 | Trust Amount to Apply | |
| | | Total Due After Application | |

010184    050219    DOUGLAS, ROHAN D.
Matter Name:  Homeland Security Insurance

## Timekeeper Recap

| ID | Name | Orig Hours | Original Amount | Billed Hours | Billed Rate | Billed Amount | % of Total | Real ization | Notes |
|----|------|-----------|-----------------|--------------|-------------|---------------|------------|--------------|-------|
| MEM | Martha E. McNamee | 0.40 | $56.00 | 0.40 | $140.00 | $56.00 | 0.1 % | 100.0 % | _____ |
| MBT | Mary B. Thomas | 0.10 | $21.50 | 0.10 | $215.00 | $21.50 | 0.0 % | 100.0 % | _____ |
| MLW | Matt L. Wilson | 73.50 | $20,212.50 | 73.50 | $275.00 | $20,212.50 | 19.0 % | 100.0 % | _____ |
| MLW | Matt L. Wilson | 76.80 | $17,280.00 | 76.80 | $225.00 | $17,280.00 | 16.2 % | 100.0 % | _____ |
| MLW | Matt L. Wilson | 276.30 | $69,075.00 | 276.30 | $250.00 | $69,075.00 | 64.8 % | 100.0 % | _____ |
| | | | | | | | **100.0 %** | | |