

8824 Belagio Drive
Trinity, FL 34655

Re: Rohan Douglas v. U.S.
U.S. District Court, Middle District of Florida
Case No.: 8:09CV2145-VMC-TBM

| Type | Date | Client | Project | Duration/Quantity | Rate/Amount | Total | Reference/Purpose |
|---|---|---|---|---|---|---|---|
| Time Entry | 4/21/11 | Douglas | Rohan Douglas v. U.S. | 1.00 | 275.00 | 275.00 | Meeting with client to discuss case. |
| Time Entry | 5/3/11 | Douglas | Rohan Douglas v. U.S. | 0.20 | 275.00 | 55.00 | Receipt and review of Defendant's Pretrial Disclosures. |
| Time Entry | 5/3/11 | Douglas | Rohan Douglas v. U.S. | 1.50 | 275.00 | 412.50 | Preparation of Plaintiff's Pretrial Disclosures. |
| Time Entry | 5/4/11 | Douglas | Rohan Douglas v. U.S. | 5.50 | 275.00 | 1,512.50 | Preparation of Version 1 of Joint Pretrial Statement. |
| Time Entry | 5/5/11 | Douglas | Rohan Douglas v. U.S. | 0.20 | 275.00 | 55.00 | Preparation of Plaintiff's Amended Pretrial Disclosures. |
| Time Entry | 5/5/11 | Douglas | Rohan Douglas v. U.S. | 4.50 | 275.00 | 1,237.50 | Preparation of Exhibit List for trial (preparation of list was extremely time consuming due to bug in online form). |
| Time Entry | 5/9/11 | Douglas | Rohan Douglas v. U.S. | 0.50 | 275.00 | 137.50 | Receipt and review of revised Joint Pretrial Statement. |
| Time Entry | 5/10/11 | Douglas | Rohan Douglas v. U.S. | 0.75 | 275.00 | 206.25 | Receipt and review of transcript of Larisene Weiner. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time Entry | 5/10/11 | Douglas | Rohan Douglas v. U.S. | 0.75 | 275.00 | 206.25 | Revised Joint Pretrial Statement; e-mails to Paul Werner regarding the same. |
| Time Entry | 5/12/11 | Douglas | Rohan Douglas v. U.S. | 1.50 | 275.00 | 412.50 | Revised Joint Pretrial Statement; e-mails to Paul Werner regarding the same; filed document. |
| Time Entry | 5/19/11 | Douglas | Rohan Douglas v. U.S. | 1.33 | 275.00 | 366.67 | Travel to and from courthouse for Pretrial conference. Attended Pretrial conference. Meeting with client after Pretrial conference. |
| Time Entry | 6/3/11 | Douglas | Rohan Douglas v. U.S. | 2.50 | 275.00 | 687.50 | Prepared Plaintiff's Motions in Limine. |
| Time Entry | 6/6/11 | Douglas | Rohan Douglas v. U.S. | 0.17 | 275.00 | 45.83 | Receipt and review of Defendant's Motion in Limine. |
| Time Entry | 6/7/11 | Douglas | Rohan Douglas v. U.S. | 5.50 | 275.00 | 1,512.50 | Prepared response to Defendant's Motions in Limine. |
| Time Entry | 6/8/11 | Douglas | Rohan Douglas v. U.S. | 0.10 | 275.00 | 27.50 | Receipt and review of letter from Kevin Stanley of ICE requesting information about the subject of various witnesses' forthcoming testimonies. |
| Time Entry | 6/8/11 | Douglas | Rohan Douglas v. U.S. | 3.50 | 275.00 | 962.50 | Began process of compiling all exhibits for trial and making copies for clerk and Court. |
| Time Entry | 6/9/11 | Douglas | Rohan Douglas v. U.S. | 0.75 | 275.00 | 206.25 | Final review and modification to Plaintiff's Response to Defendant's Motion in Limine. |
| Time Entry | 6/9/11 | Douglas | Rohan Douglas v. U.S. | 2.30 | 275.00 | 632.50 | Completed compiling four three-ring binders of exhibits for trial. |
| Time Entry | 6/9/11 | Douglas | Rohan Douglas v. U.S. | 1.30 | 275.00 | 357.50 | Compiled all transcripts, excluding portions of transcripts that would not be used in trial. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time Entry | 6/13/11 | Douglas | Rohan Douglas v. U.S. | 0.33 | 275.00 | 91.67 | Receipt and review of Defendant's Motion to Withdraw Admission. |
| Time Entry | 6/14/11 | Douglas | Rohan Douglas v. U.S. | 0.10 | 275.00 | 27.50 | Receipt and review of Court Order directing Plaintiff to file response to Defendant's Motion to Withdraw Admissions by June 21, 2011. |
| Time Entry | 6/14/11 | Douglas | Rohan Douglas v. U.S. | 0.33 | 275.00 | 91.67 | Prepared response to Kevin Stanley's letter requesting Touhy information. |
| Time Entry | 6/19/11 | Douglas | Rohan Douglas v. U.S. | 1.50 | 275.00 | 412.50 | Researched rule of civil procedure regarding admissions and requests to withdraw the same. Conducted online research into standard for allowing the withdrawal of admissions. |
| Time Entry | 6/20/11 | Douglas | Rohan Douglas v. U.S. | 4.20 | 275.00 | 1,155.00 | Continued research, preparation and filing of response to Defendant's Motion to Withdraw Admission. |
| Time Entry | 6/20/11 | Douglas | Rohan Douglas v. U.S. | 0.20 | 275.00 | 55.00 | Prepared Motion to Allow Electronic Equipment at trial. |
| Time Entry | 6/21/11 | Douglas | Rohan Douglas v. U.S. | 0.30 | 275.00 | 82.50 | Telephone conference with Christina Ramirez from Judge Covington's office wherein she informed me of the Court's decision. Telephone conference with client informing him of Court's decision. |
| Time Entry | 6/22/11 | Douglas | Rohan Douglas v. U.S. | 4.75 | 275.00 | 1,306.25 | Receipt and review of Order granting summary judgment. Receipt and review of various orders denying the parties' motions in limine. Preparation of exhibit notebooks (pared down from original notebooks). Preparation of witness and |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | exhibit list for trial on damages. |
| Time Entry | 6/23/11 | Douglas | Rohan Douglas v. U.S. | 4.50 | 275.00 | 1,237.50 | Meeting with client to prepare for testimony at trial. |
| Time Entry | 6/23/11 | Douglas | Rohan Douglas v. U.S. | 5.25 | 275.00 | 1,443.75 | Preparation of Plaintiff's Trial Brief including research of similar verdicts. |
| Time Entry | 6/24/11 | Douglas | Rohan Douglas v. U.S. | 3.50 | 275.00 | 962.50 | Prepared questions for trial; reviewed exhibits and deposition of Rohan Douglas |
| Time Entry | 6/24/11 | Douglas | Rohan Douglas v. U.S. | 2.50 | 275.00 | 687.50 | Receipt and review of Defendant's Trial Brief; Began researching Fla. Stat. 961.01-07. |
| Time Entry | 6/25/11 | Douglas | Rohan Douglas v. U.S. | 1.25 | 275.00 | 343.75 | Reviewed deposition of Rohan Douglas in preparation for trial. |
| Time Entry | 6/26/11 | Douglas | Rohan Douglas v. U.S. | 5.20 | 275.00 | 1,430.00 | Meeting with client to prepare for testimony at trial. |
| Time Entry | 6/27/11 | Douglas | Rohan Douglas v. U.S. | 7.80 | 275.00 | 2,145.00 | Meeting with Rohan Douglas prior to trial; travel to courthouse; settlement conference in morning; trial on damages; verdict from judge; return to office; meeting with client and brief research on verdict. |
| Time Entry | 7/5/11 | Douglas | Rohan Douglas v. U.S. | 5.42 | 275.00 | 1,489.58 | Researched motion for attorneys' fees under FTCA and EAJA. Began preparing motion to tax costs and for attorneys' fees. Began preparing affidavits in support of same. |
| Grand Total | | Douglas | | 80.98 | | 22,270.42 | |